USDCNH-(Rev. 7/14)   Appearance of Counsel

# United States District Court
for the
District of New Hampshire

| | ) | |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. _____ |
| _____ | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice

_____.

Date: _____            _____
                                                                *Attorney's signature*

                                                        _____
                                                                *Printed name and bar number*

                                                        _____
                                                                *Address*

                                                        _____
                                                                *E-mail address*

                                                        _____
                                                                *Telephone number*

                                                        _____
                                                                *FAX number*

You need to complete this section of the service if you are filing a document that is not filed electronically or if you are a party who is not represented by an attorney. If the document is filed electronically, the court will make an electronic copy for the service.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing instrument has been duly served on the following persons listed at their home or place of residence:

Electronic Mail or CM/ECF:

Conventionally:

_____        _____
Date                              Signature