UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Parker Tirrell, by her parents and next friends Sara Tirrell and Zachary Tirrell, *and*<br><br>Iris Turmelle, by her parents and next friends Amy Manzelli and Chad Turmelle,<br><br>    Plaintiffs.<br><br>    v.<br><br>Frank Edelblut, *in his official capacity as Commissioner of the New Hampshire Department of Education*;<br><br>Andrew Cline, Kate Cassady, Ann Lane, Philip Nazzaro, Rajesh Nair, James Fricchione, and James Laboe, *in their official capacities as members of the New Hampshire State Board of Education*;<br><br>Pemi-Baker Regional School District;<br><br>Lisa Ash, Bernice Sullivan, Sheila Donahue, Tony Torino, Carolyn Varin, Peter Jackson, Phil McCormack, Greg Aprilliano, Bonnie Acton, Barbara Noyes, Paul Ciotti, Sam Brickley, and Paul Pizzano, *in their official capacities as members of the Pemi-Baker Regional School Board*;<br><br>Pembroke School District; and<br><br>Andrew Camidge, Gene Gauss, Kerri Dean, and Melanie Camelo, *in their official capacities as members of the Pembroke School Board*,<br><br>    Defendants. | Civil Action No. 1:24-cv-00251<br><br><br><br>**EXPEDITED EMERGENCY RELIEF REQUESTED** |

**PLAINTIFF PARKER TIRRELL'S
<u>EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER</u>**

Plaintiff Parker Tirrell ("Parker") is a fifteen-year-old transgender girl who is entering tenth grade at Plymouth Regional High School which is part of the Pemi-Baker Regional School District. Parker played on the girls' soccer team last year in ninth grade and is she is excited to rejoin her team when this season begins. **Practice begins on August 19, 2024; games begin August 30, 2024.** Parker brings this case challenging her exclusion from the girls' soccer team, a critical aspect of her education, because of a newly enacted New Hampshire law barring transgender girls from participation in school sports.

Parker's school, through its counsel, has stated that Parker will not be able to participate as a member of the girls' soccer team. *See* Exhibit A. Further, on August 15, 2024, Parker's mother, Sara Tirrell, received an email from the school superintendent stating that Parker will not even be allowed to participate in practice, which begins Monday August 19, 2024. *See* Exhibit B.

Pursuant to Federal Rule of Civil Procedure 65(b), Plaintiff Parker Tirrell, by her next friends and parents Sara Tirrell and Zachary Tirrell, seeks immediate relief to allow her to participate in practice beginning August 19, 2024 and games beginning August 30, 2024, and moves this Court to temporarily enjoin Defendants Frank Edelblut, in his official capacity as Commissioner of the New Hampshire Department of Education; Andrew Cline, Kate Cassady, Ann Lane, Philip Nazzaro, Rajesh Nair, James Fricchione, and James Laboe, in their official capacities as members of the New Hampshire State Board of Education; Pemi-Baker Regional School District; and Lisa Ash, Bernice Sullivan, Sheila Donahue, Tony Torino, Carolyn Varin, Peter Jackson, Phil McCormack, Greg Aprilliano, Bonnie Acton, Barbara Noyes, Paul Ciotti, Sam Brickley, and Paul Pizzano, in their official capacities as members of the Pemi-Baker Regional School Board; and their employees, agents, appointees, or successors from enforcing or threatening to enforce HB 1205 as to Plaintiff Parker Tirrell, and requiring said Defendants and

their employees, agents, appointees or successors to permit Plaintiff Parker Tirrell to try out for and play on the school sports teams designated for girls on the same terms and conditions as other girls. Plaintiff also moves this Court for an order waiving the requirement for bond or security.

This Motion is supported by and incorporates the forthcoming Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction and Plaintiff Parker Tirrell's Motion for Temporary Restraining Order and the declarations filed with it, as well as the Complaint. Plaintiff makes this motion on the grounds that H.B. 1205 violates Title IX of the Education Amendments of 1972, 42 U.S.C. § 1983, and the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution, as set out in the accompanying memorandum of law in support of this Motion, and that the denial of immediate relief will irreparably harm Plaintiff Parker Tirrell. Plaintiff respectfully requests a hearing on this matter,

Respectfully submitted,

PARKER TIRRELL, by her parents and next friends SARA TIRRELL and ZACHARY TIRRELL,

By and through her attorneys,

/s/ Kevin J. DeJong
Kevin J. DeJong (NH Bar No. 17633)
kdejong@goodwinlaw.com
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1156

Louis L. Lobel* (MA Bar No. 693292)
llobel@goodwinlaw.com
Elaine H. Blais* (MA Bar No. 656142)
eblais@goodwinlaw.com
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210

Chris Erchull (NH Bar No. 266733)
cerchull@glad.org
Bennett H. Klein* (MA Bar No. 550702)
bklein@glad.org
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont Street, Suite 950
Boston, MA 02108
(617) 426-1350

Gilles Bissonnette (NH Bar No. 265393)
gilles@aclu-nh.org
Henry Klementowicz (NH Bar No. 21177)
henry@aclu-nh.org
AMERICAN CIVIL LIBERTIES UNION OF
NEW HAMPSHIRE FOUNDATION

Samira Seraji* (CA Bar No. 338979)
sseraji@goodwinlaw.com
GOODWIN PROCTER LLP
601 S. Figueroa Street
Suite 4100
Los Angeles, CA 90017

Ben See* (NY Bar No. 6019202)
bsee@goodwinlaw.com
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018

Emmett Weiss* (MA Bar No. 713784)
eweiss@goodwinlaw.com
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, DC 20036

18 Low Avenue
Concord, NH 03301
(603) 224-5591

*Applications for admission *pro hac vice* to follow.

August 16, 2024