# **EXHIBIT A**



# SOULE, LESLIE, KIDDER, SAYWARD & LOUGHMAN

### P.L.L.C. • ATTORNEYS AT LAW

Peter H. Bronstein
Barbara F. Loughman
Michael S. Elwell
Gordon B. Graham
Diane M. Gorrow
Peter C. Phillips
Anthony M. Muir

Shane M. Archambault

220 Main Street
Salem, N.H. 03079

Tel: (603) 898-9776
Fax: (603) 898-3418
R/E Fax: (603) 893-7678

www.soulefirm.com

Lewis Soule (1924-1986)
Robert P. Leslie (1932-2017)
Bradley F. Kidder (1939-2000)
David W. Sayward (Retired)

22 South Main Street
P.O. Box 908
Wolfeboro, N.H. 03894
Tel: (603) 569-8044
Fax: (603) 569-2137

August 14, 2024

**VIA EMAIL ONLY (cErchull@glad.org)**

Chris Erchull, Senior Staff Attorney
GLAD
18 Tremont Street, Suite 950
Boston, MA 02018

Re:  Pemi-Baker Regional School District – Parker Tirrell

Dear Attorney Erchull:

This letter is a response to your August 8, 2024 letter about Parker Tirrell's participation as a member of the Plymouth Regional High School girls' soccer team for the 2024-2025 school year.

As you know, on August 18, 2024, Chapter 228 became effective. Based on the new law, as of August 18, 2024, Parker can no longer participate as a member of the girls' soccer team.

Sincerely,

Diane M. Gorrow
Email: gorrow@soulefirm.com

DMG:sds
Cc:  Kyla Welch, Superintendent (via email only)