# **EXHIBIT B**

---------- Forwarded message ---------
From: **Kyla Welch** <KWelch@pemibaker.org>
Date: Thu, Aug 15, 2024 at 12:33 PM
Subject: Re: Parker and Soccer Practice
To: <stirrell@gmail.com>

Good Afternoon Sara,

RSA 193:41 which is effective August 18, 2024 does not just apply to interscholastic competition. Rather, it states that school athletic teams or sports designated for girls are not open to students whose biological sex at birth was male. The District is required to follow the new law even though it has not enacted a policy to ensure compliance with the new law. Only team members are permitted to practice. Effective August 18th, the new law prohibits Parker from being on the girls' team.

Thank you, Kyla

On Thu, Aug 15, 2024 at 8:13 AM Sara Tirrell <stirrell@gmail.com> wrote:

> Good morning Kyla,
>
> I know you are stuck in a complicated spot with HB 1205 going into effect next week. As you consider whether or not to allow Parker to practice, I wanted to share a few thoughts with you.
>
> 1. Nowhere in HB 1205 does it say anything about practice. The law only refers to "interscholastic competition." Why would a school go further than what the law says?
> 2. HB 1205 directs the school board to adopt a policy but they haven't adopted any policy as of yet. How can anyone make the determination that Parker can't practice without showing how it violates a Board policy? (the text of the law is here, if you want to reference it: https://legiscan.com/NH/text/HB1205/id/2868559)
>
> It doesn't seem to make sense to kick her off the team in the short term when we don't know what might happen over the next couple of weeks. Parker has been struggling quite a bit with these new requirements. I'm hopeful the team, school and SAU will continue to support her where they are able to.
>
> Thank you,
> Sara

--
Kyla A. Welch, Superintendent of Schools
SAU 48
47 Old Ward Bridge Road
Plymouth, NH 03264
(603) 536-1254 ext.100