**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| Parker Tirrell, by her parents and next friends Sara Tirrell and Zachary Tirrell, *and*<br><br>Iris Turmelle, by her parents and next friends Amy Manzelli and Chad Turmelle,<br><br>    Plaintiffs.<br><br>    v.<br><br>Frank Edelblut, *in his official capacity as Commissioner of the New Hampshire Department of Education*;<br><br>Andrew Cline, Kate Cassady, Ann Lane, Philip Nazzaro, Rajesh Nair, James Fricchione, and James Laboe, *in their official capacities as members of the New Hampshire State Board of Education*;<br><br>Pemi-Baker Regional School District;<br><br>Lisa Ash, Bernice Sullivan, Sheila Donahue, Tony Torino, Carolyn Varin, Peter Jackson, Phil McCormack, Greg Aprilliano, Bonnie Acton, Barbara Noyes, Paul Ciotti, Sam Brickley, and Paul Pizzano, *in their official capacities as members of the Pemi-Baker Regional School Board*;<br><br>Pembroke School District; and<br><br>Andrew Camidge, Gene Gauss, Kerri Dean, and Melanie Camelo, *in their official capacities as members of the Pembroke School Board*,<br><br>    Defendants. | Civil Action No. 1:24-cv-00251 |

**PLAINTIFFS PARKER TIRRELL AND IRIS TURMELLE'S**
<u>**MOTION FOR PRELIMINARY INJUNCTION**</u>

Pursuant to Federal Rule of Civil Procedure 65(a), Plaintiff Parker Tirrell, by her next friends and parents Sara Tirrell and Zachary Tirrell, moves this Court to preliminarily enjoin Defendants Frank Edelblut, in his official capacity as Commissioner of the New Hampshire Department of Education; Andrew Cline, Kate Cassady, Ann Lane, Philip Nazzaro, Rajesh Nair, James Fricchione, and James Laboe, in their official capacities as members of the New Hampshire State Board of Education; Pemi-Baker Regional School District; and Lisa Ash, Bernice Sullivan, Sheila Donahue, Tony Torino, Carolyn Varin, Peter Jackson, Phil McCormack, Greg Aprilliano, Bonnie Acton, Barbara Noyes, Paul Ciotti, Sam Brickley, and Paul Pizzano, in their official capacities as members of the Pemi-Baker Regional School Board; and their employees, agents, appointees, or successors from enforcing or threatening to enforce HB 1205 as to Plaintiff Parker Tirrell, and requiring said Defendants and their employees, agents, appointees or successors to permit Plaintiff Parker Tirrell to try out for and play on the school sports teams designated for girls on the same terms and conditions as other girls.

Pursuant to Federal Rule of Civil Procedure 65(a), Plaintiff Iris Turmelle, by her next friends and parents Amy Manzelli and Chad Turmelle, moves this Court to preliminarily enjoin Defendants Frank Edelblut, in his official capacity as Commissioner of the New Hampshire Department of Education; Andrew Cline, Kate Cassady, Ann Lane, Philip Nazzaro, Rajesh Nair, James Fricchione, and James Laboe, in their official capacities as members of the New Hampshire State Board of Education; Pembroke School District; and Andrew Camidge, Gene Gauss, Kerri Dean, and Melanie Camelo, in their official capacities as members of the Pembroke School Board; and their employees, agents, appointees, or successors from enforcing or threatening to enforce HB 1205 as to Plaintiff Iris Turmelle, and requiring said Defendants and their employees, agents,

appointees or successors to permit Plaintiff Iris Turmelle to try out for and play on the school sports teams designated for girls.

Plaintiffs also move this Court for an order waiving the requirement for bond or security.

This Motion is based on the memorandum of law in its support and the declarations filed with it, as well as the Complaint. Plaintiffs make this motion on the grounds that H.B. 1205 violates Title IX of the Education Amendments of 1972, 42 U.S.C. § 1983, and the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution, as set out in the accompanying memorandum of law in support of this Motion. Plaintiffs respectfully request a hearing on this matter.

Respectfully submitted,

PARKER TIRRELL, by her parents and next friends SARA TIRRELL and ZACHARY TIRRELL,

and

IRIS TURMELLE, by her parents and next friends AMY MANZELLI and CHAD TURMELLE,

By and through their attorneys,

*/s/ Kevin J. DeJong*
Kevin J. DeJong (NH Bar No. 17633)
kdejong@goodwinlaw.com
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1156

Louis L. Lobel* (MA Bar No. 693292)
llobel@goodwinlaw.com
Elaine H. Blais* (MA Bar No. 656142)
eblais@goodwinlaw.com

Chris Erchull (NH Bar No. 266733)
cerchull@glad.org
Bennett H. Klein* (MA Bar No. 550702)
bklein@glad.org
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont Street, Suite 950
Boston, MA 02108
(617) 426-1350

Gilles Bissonnette (NH Bar No. 265393)
gilles@aclu-nh.org
Henry Klementowicz (NH Bar No. 21177)

| | |
|---|---|
| Goodwin Procter LLP<br>100 Northern Avenue<br>Boston, MA 02210 | henry@aclu-nh.org<br>American Civil Liberties Union of<br>New Hampshire Foundation<br>18 Low Avenue |
| Samira Seraji* (CA Bar No. 338979)<br>sseraji@goodwinlaw.com<br>Goodwin Procter LLP<br>601 S. Figueroa Street<br>Suite 4100<br>Los Angeles, CA 90017 | Concord, NH 03301<br>(603) 224-5591 |

Ben See* (NY Bar No. 6019202)
bsee@goodwinlaw.com
Goodwin Procter LLP
620 Eighth Avenue
New York, NY 10018

Emmett Weiss* (MA Bar No. 713784)
eweiss@goodwinlaw.com
Goodwin Procter LLP
1900 N Street, N.W.
Washington, DC 20036

*Applications for admission *pro hac vice* to follow.

August 16, 2024