# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Parker Tirrell, by her parents and next friends Sara Tirrell and Zachary Tirrell, *and* <br><br> Iris Turmelle, by her parents and next friends Amy Manzelli and Chad Turmelle, <br><br>    Plaintiffs. <br><br>    v. <br><br> Frank Edelblut, *in his official capacity as Commissioner of the New Hampshire Department of Education*; <br><br> Andrew Cline, Kate Cassady, Ann Lane, Philip Nazzaro, Rajesh Nair, James Fricchione, and James Laboe, *in their official capacities as members of the New Hampshire State Board of Education*; <br><br> Pemi-Baker Regional School District; <br><br> Lisa Ash, Bernice Sullivan, Sheila Donahue, Tony Torino, Carolyn Varin, Peter Jackson, Phil McCormack, Greg Aprilliano, Bonnie Acton, Barbara Noyes, Paul Ciotti, Sam Brickley, and Paul Pizzano, *in their official capacities as members of the Pemi-Baker Regional School Board*; <br><br> Pembroke School District; and <br><br> Andrew Camidge, Gene Gauss, Kerri Dean, and Melanie Camelo, *in their official capacities as members of the Pembroke School Board*, <br><br>    Defendants. | Civil Action No. 1:24-cv-00521 |

**DECLARATION OF AMY MANZELLI IN SUPPORT OF PLAINTIFF IRIS TURMELLE'S MOTION FOR PRELMINARY INJUNCTION**

1

I, Amy Manzelli, state as follows:

1. I am the mother of Iris Turmelle, who is one of the plaintiffs in this case.

2. Iris has always known that she is a girl. As a toddler and young child, she expressed that she is a girl. She would ask Santa to make her into a girl for Christmas. She would not play with trucks and other stereotypically masculine toys we bought for her. Instead, she gravitated towards feminine toys and played dress-up in capes and gowns.

3. My husband and I suspected that Iris was transgender but did not ask her about it. Instead, we loved her and supported her and wanted her to thrive.

4. One day, in Iris's first-grade year, she came downstairs wrapped in a blanket and said that she wanted to wear it as a dress to school rather than wear any of her boy clothes. Thereafter, she began wearing girls' clothes to school. Her teachers understood who Iris was and supported her.

5. Soon after, I jokingly addressed her as "sir" with a playful British accent. She emphatically responded: "No, it's 'madam.'"

6. That summer, Iris began using her name Iris.

7. Iris has lived her life as a girl from that point forward. She used school facilities and participated in gender-separated school activities as a girl.

8. After Iris's first-grade year in the summer of 2017, we took Iris to an endocrinologist for evaluation.

9. The endocrinologist diagnosed Iris with gender dysphoria in July of 2017. We later took Iris to a clinic specializing in the diagnosis and treatment of gender dysphoria in children and adolescents. Iris underwent an evaluation, and her diagnosis of gender dysphoria was confirmed in early 2019 when she was in third grade.

10. Iris continues to receive medical treatment at the gender clinic. As part of her medically prescribed treatment for gender dysphoria, Iris has been receiving puberty-blocking medication since July 2021, the summer after fifth grade when she was 11. Iris subsequently started to receive female hormone therapy in May 2023, the summer after seventh grade when she was 13 ½. The hormones she takes have already caused her to develop many of the physiological changes associated with puberty in girls.

11. I have seen significant improvements in Iris's happiness and well-being since she began this medical treatment.

12. This is a recent photograph of Iris:



13. Iris has tried a variety of sports in the past. She participated in community youth soccer as a young child. She also took up Tae Kwon Do for a time but dropped it after a short

while. More recently, Iris has shown a re-emerging interest in sports. She participated in the intramural tennis club in seventh grade. She immensely enjoyed tennis, but it was not offered in her eighth-grade year. Iris also tried out for the softball team in middle school but did not make the cut.

14. This year, Iris is starting high school and will be a freshman at Pembroke Academy. Iris wants to play on the tennis team, a spring sport, and the track and field teams, which has both winter and spring seasons. Iris has always loved tennis. She also wants to experience a new challenge by participating in track and field, which she has never done before. Because Pembroke Academy takes students from several area middle schools, Iris hopes that participation in these sports will help her to make additional friends, establish a fun and positive peer group, and cope with the stresses she experiences in life. Iris also wants to be more physically active by participating in team sports.

15. Pembroke Academy's winter track season will begin on December 2, 2024, and the spring tennis and track seasons will begin on March 24, 2025.

16. My husband and I are thrilled that Iris is motivated to join these teams. Participating in these activities is especially important for Iris, who experienced bullying in middle school and needs to develop supportive relationships and a feeling of inclusion in her new high school.

17. Playing on the boys' sports teams is not an option for Iris because she is a girl, not a boy. It would be painful and humiliating for Iris to be forced to play on a boys' team. Iris's healthcare providers have made clear to my husband and me that Iris's medical course of care and healthy development requires that she live and participate in the world as a girl. Playing on a boys' sports team would exacerbate Iris's gender dysphoria and harm her mental health. By

preventing her from playing on a girls' sports team, the new law banning transgender girls from girls' sports teams prevents Iris from playing school sports at all.

18.     Iris has looked forward to participating in these sports not because she wants to be a star athlete but because she wants a place to belong. I worry that this new law will negatively impact her self-esteem and her psychological development. Iris will be deprived of the many positive social, physical, and emotional benefits that come from playing sports.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on August 13, 2024.

_____
Amy Manzelli