UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Parker Tirrell, by her parents and next friends Sara Tirrell and Zachary Tirrell, *and*<br><br>Iris Turmelle, by her parents and next friends Amy Manzelli and Chad Turmelle,<br><br>    Plaintiffs.<br><br>    v.<br><br>Frank Edelblut, *in his official capacity as Commissioner of the New Hampshire Department of Education*;<br><br>Andrew Cline, Kate Cassady, Ann Lane, Philip Nazzaro, Rajesh Nair, James Fricchione, and James Laboe, *in their official capacities as members of the New Hampshire State Board of Education*;<br><br>Pemi-Baker Regional School District;<br><br>Lisa Ash, Bernice Sullivan, Sheila Donahue, Tony Torino, Carolyn Varin, Peter Jackson, Phil McCormack, Greg Aprilliano, Bonnie Acton, Barbara Noyes, Paul Ciotti, Sam Brickley, and Paul Pizzano, *in their official capacities as members of the Pemi-Baker Regional School Board*;<br><br>Pembroke School District; and<br><br>Andrew Camidge, Gene Gauss, Kerri Dean, and Melanie Camelo, *in their official capacities as members of the Pembroke School Board*,<br><br>    Defendants. | Civil Action No. 1:24-cv-00251 |

**DECLARATION OF SARA TIRRELL IN SUPPORT OF PLAINTIFF PARKER TIRRELL'S MOTION FOR TEMPORARY RESTRAINING ORDER AND <u>PRELIMINARY INJUNCTION</u>**

1

I, Sara Tirrell, state as follows:

1. I am the mother of Parker Tirrell, who is one of the plaintiffs in this case.

2. Parker has always known that she is a girl. For Christmas just before she turned two years old, Parker asked her grandparents to buy her a dress as a present. Requests like this persisted throughout her childhood. Parker has always dressed in feminine attire at home, including dresses and nightgowns. She preferred to socialize with girls her age and had little in common with the boys her age. She always chose stereotypically female toys to play with, such as pink and purple stuffed animals and mermaids. She preferred watching TV shows like Tinkerbell and My Little Pony. She loved painting her fingernails and having tea parties.

3. My husband and I always supported and loved Parker. We wanted her to thrive. In these early years, my husband and I did not always have the vocabulary to describe it, but it was clear to us, as well as our extended family, that Parker was a girl.

4. At age 12, Parker began seeing a counselor because she was showing signs of mental distress. During the summer between her seventh and eighth grade years when Parker was 13, her pediatrician referred us to a transgender health clinic.

5. Parker was evaluated by a team of providers that specializes in gender issues and the diagnosis and treatment of gender dysphoria in children and adolescents.

6. Parker was diagnosed with gender dysphoria.

7. At that time, I spoke to the principal, coaches, and others at Plymouth Elementary School where Parker was about to begin eighth grade. I informed them of Parker's gender dysphoria diagnosis and that her medical treatment now included socially transitioning and living as a girl. They knew and understood Parker well and responded with support and understanding. At the beginning of eighth grade Parker began using female pronouns and wearing dresses and

skirts to school. She used school facilities and participated in gender-separated school activities as a girl.

8. Parker lives as a girl in all aspects of her life.

9. Parker continues to see her health care providers at the transgender health clinic. As part of her medical treatment for gender dysphoria, Parker began taking prescribed puberty blocking medication in May 2023, towards the end of eighth grade. She began female hormone therapy in December of 2023, during ninth grade. The hormones she takes have already caused her to develop many of the physiological changes associated with puberty in girls.

10. I have seen significant improvements in Parker's happiness and well-being since she began this medical treatment and living as a girl in all aspects of her life.

11. This is a recent photograph of Parker:



12. Parker has always played sports, including in elementary, middle, and high school as well as in town recreational leagues. Sports have always been a source of joy and exhilaration for Parker. They have always been the way that she makes friends and experiences a sense of belonging and connection to others.

13. In eighth grade (2022–2023), Parker played on the girls' soccer and track teams at Plymouth Elementary School.

14. Although Parker has participated in a variety of sports at school, including track and basketball, soccer is her real passion. Soccer gets Parker up in the morning and motivates her on days when she might not feel like going to school.

15. In ninth grade (2023–2024), Parker played on the girls' soccer team at Plymouth Regional High School. Although the team experienced a challenging season without winning a single game, Parker still loved the game. She continues to learn valuable lessons through her sport, including the ability to work hard to improve and accept the difficulty of losing while at the same time building her confidence and esteem.

16. Parker is entering tenth grade in August 2024. She is excited to rejoin her teammates on the girls' soccer team for the upcoming season. The team's first game is August 30, 2024.

17. Playing on her high school girls' soccer team is a central aspect of Parker's life and healthy development. Playing on this team is where Parker is the happiest. I have watched her dance with joy on the field during warmups. Playing soccer has allowed Parker to participate in a positive peer group. Parker's friend group is made up mostly of her teammates who have become an important source of acceptance, belonging and emotional support. Parker immensely enjoys and benefits from the team's off-field group activities, such as going skating together. The

4

families of Parker's teammates host weekly spaghetti dinners the night before games which our family has also hosted. Both the on-field and off-field experiences on the girls' soccer team have helped Parker develop confidence, make friends, and cope with stress as she navigates the challenges of life.

18. Parker's coach supports her playing on a girls' team.

19. Playing on a boys' team is not an option for Parker. Parker is a girl, not a boy. It would be painful and humiliating for Parker to be forced to play on a boys' team. Parker's health-care providers have made clear to my husband and me that Parker's medical course of care and healthy development require that she live and participate in the world as a girl. Playing on a boys' sports team would exacerbate Parker's gender dysphoria and harm her mental health. By preventing Parker from playing on a girls' sports team, the new law banning transgender girls from girls' sports teams prevents Parker from playing school sports at all.

20. Parker will be devastated if she is not allowed to play on the girls' soccer team. Parker knows that the only reason would be because she is transgender. I am concerned about the impact this would have on her self-esteem and mental health. Parker will be deprived of the many positive benefits she has received throughout her life by playing on sports teams.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on August  13 , 2024.

*Sara Tirrell*
Sara Tirrell