**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| Parker Tirrell, by her parents and next friends Sara Tirrell and Zachary Tirrell, *and* <br><br> Iris Turmelle, by her parents and next friends Amy Manzelli and Chad Turmelle, <br><br>          Plaintiffs. <br><br>          v. <br><br> Frank Edelblut, *in his official capacity as Commissioner of the New Hampshire Department of Education*; <br><br> Andrew Cline, Kate Cassady, Ann Lane, Philip Nazzaro, Rajesh Nair, James Fricchione, and James Laboe, *in their official capacities as members of the New Hampshire State Board of Education*; <br><br> Pemi-Baker Regional School District; <br><br> Lisa Ash, Bernice Sullivan, Sheila Donahue, Tony Torino, Carolyn Varin, Peter Jackson, Phil McCormack, Greg Aprilliano, Bonnie Acton, Barbara Noyes, Paul Ciotti, Sam Brickley, and Paul Pizzano, *in their official capacities as members of the Pemi-Baker Regional School Board*; <br><br> Pembroke School District; and <br><br> Andrew Camidge, Gene Gauss, Kerri Dean, and Melanie Camelo, *in their official capacities as members of the Pembroke School Board*, <br><br>          Defendants. | Civil Action No. 1:24-cv-00251 |

**DECLARATION OF LUISA FONTES AGUIAR, MD, IN SUPPORT OF PLAINTIFF
PARKER TIRRELL'S MOTION FOR TEMPORARY RESTRAINING ORDER AND
<u>PRELIMINARY INJUNCTION</u>**

I, Luisa Fontes Aguiar, MD, state as follows:

1. I am a pediatric endocrinologist in the Dartmouth-Hitchcock Medical Center and Dartmouth Hitchcock Clinics. I have been treating transgender children and adolescents with gender dysphoria in my role at the Dartmouth-Hitchcock Pediatric and Adolescent Transgender Program since 2020.

2. I work with a team of medical care providers, including psychologists and pediatric endocrinologists, to evaluate, diagnose, and treat transgender children and adolescents with gender dysphoria, according to the best-practice standards of care developed by the World Professional Association for Transgender Health ("WPATH") and the Endocrine Society.

3. Parker Tirrell is my patient. Parker is a transgender girl who was born in 2008. I have known and treated Parker since October of 2022.

4. In April of 2023 we received a letter from her therapist Molly Comrie, LICSW confirming Parker's diagnosis of gender dysphoria.

1

5. In May of 2023, based on Parker's physical development and treatment plan, she was prescribed and administered Triptodur, a GnRH agonist medication (commonly known as puberty-blocking medication).

6. Based on her treatment plan, Parker will continue to receive puberty-blocking medication, which will prevent her from going through male puberty. She will not develop masculine secondary sex characteristics nor experience physiological changes related to testosterone.

7. In December of 2023, based on Parker's physical development and treatment plan, she was prescribed and began taking Estradiol, a feminizing hormone therapy, with the goal of causing her body to develop female secondary sex characteristics. Parker has begun going through estrogen-driven puberty.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of August, 2024.

Respectfully Submitted,

_____
Luisa Fontes Aguiar, MD

[Notary seal: KAREN S CARBEE, NOTARY PUBLIC, NEW HAMPSHIRE, Commission Expires 03-27-2029]

Karen S Carbee
8/8/2024

2