UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Parker Tirrell, et al.</u>

    v.    Civil No. 24-cv-251-LM

<u>Frank Edelblut, et al.,</u>

**O R D E R**

For the reasons stated on the record at today's hearing, the court grants plaintiff Parker Tirrell's motion for a temporary restraining order (doc. no. 6). A temporary restraining order is hereby issued, with notice, pursuant to Federal Rule of Civil Procedure 65(b).

Defendants Frank Edelblut, in his official capacity as Commissioner of the New Hampshire Department of Education; Andrew Cline, Kate Cassady, Ann Lane, Philip Nazzaro, Rajesh Nair, James Fricchione, and James Laboe, in their official capacities as members of the New Hampshire State Board of Education; Pemi-Baker Regional School District; and Lisa Ash, Bernice Sullivan, Sheila Donahue, Tony Torino, Carolyn Varin, Peter Jackson, Phil McCormack, Greg Aprilliano, Bonnie Acton, Barbara Noyes, Paul Ciotti, Sam Brickley, and Paul Pizzano, in their official capacities as members of the Pemi-Baker Regional School Board; their employees, agents, appointees, or successors; and persons otherwise enumerated in Federal Rule of Civil Procedure 65(d), are enjoined from enforcing or threatening to enforce H.B. 1205, codified at RSA 193:41, against plaintiff Parker Tirrell.

Further, the above-listed defendants; their employees, agents, appointees, or successors; and any other persons enumerated in Rule 65(d), must permit plaintiff Parker Tirrell to try out for, practice with, compete with, and play on the school sports teams designated for girls on the same terms and conditions as other girls.

This temporary restraining order shall take effect immediately. Unless extended at the court's hearing on plaintiffs' motion for a preliminary injunction (doc. no. 7) — which will occur on August 27, 2024, at 10 a.m. — the temporary restraining order will dissolve on that date. A more detailed written decision consistent with this order, with findings of fact and conclusions of law as required under Federal Rule of Civil Procedure 52(a)(2), will follow.

SO ORDERED.

_____
Landya McCafferty
United States District Judge

August 19, 2024

cc:   Counsel of Record