UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Parker Tirrell, *et al.*, <br><br>    Plaintiffs. <br><br> v. <br><br> Frank Edelblut, *et al.*, <br><br>    Defendants. | Case No. 1:24-cv-251-LM-TSM |

### NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SAM BRICKLEY ONLY PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the plaintiffs, by and through their undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against defendant Sam Brickley only. Defendant Brickley has not served an answer or motion for summary judgment in this action.

Respectfully submitted,

PARKER TIRRELL, by her parents and next friends SARA TIRRELL and ZACHARY TIRRELL,

and

IRIS TURMELLE, by her parents and next friends AMY MANZELLI and CHAD TURMELLE,

By and through their attorneys,

1

*/s/ Kevin J. DeJong*
Kevin J. DeJong (NH Bar No. 17633)
kdejong@goodwinlaw.com
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1156

Louis L. Lobel* (MA Bar No. 693292)
llobel@goodwinlaw.com
Elaine H. Blais* (MA Bar No. 656142)
eblais@goodwinlaw.com
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210

Samira Seraji* (CA Bar No. 338979)
sseraji@goodwinlaw.com
GOODWIN PROCTER LLP
601 S. Figueroa Street
Suite 4100
Los Angeles, CA 90017

Ben See* (NY Bar No. 6019202)
bsee@goodwinlaw.com
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018

Emmett Weiss* (MA Bar No. 713784)
eweiss@goodwinlaw.com
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, DC 20036

Chris Erchull (NH Bar No. 266733)
cerchull@glad.org
Bennett H. Klein (MA Bar No. 550702)
bklein@glad.org
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont Street, Suite 950
Boston, MA 02108
(617) 426-1350

Gilles Bissonnette (NH Bar No. 265393)
gilles@aclu-nh.org
Henry Klementowicz (NH Bar No. 21177)
henry@aclu-nh.org
AMERICAN CIVIL LIBERTIES UNION OF
NEW HAMPSHIRE FOUNDATION
18 Low Avenue
Concord, NH 03301
(603) 224-5591

*Applications for admission *pro hac vice* to follow.

August 20, 2024