# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

Parker Tirrel, et al. )
)
*Plaintiff* )   Case No. 1:24-cv-00251-LM-TSM
v. )
Frank Edelblut, Commissioner, et al. )
*Defendant*

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Frank Edelblut, Commissioner, Andrew Cline, Kate Cassady, Ann Lane, Philip Nazzaro, Rajesh Nair, James Fricchione, and James Laboe.

Date: 8/22/2024

/s/Brandon F. Chase
*Attorney's signature*

Brandon F. Chase 270844
*Printed name and bar number*

1 Granite Place South
Concord, NH 03301
*Address*

brandon.f.chase@doj.nh.gov
 *E-mail address*

(603) 271-3658
*Telephone number*

(603) 271-2110
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Conventionally Served:

| | |
|---|---|
| 8/22/2024 | /s/Brandon F. Chase |
| Date | Signature |