# Exhibit A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| PARKER TIRRELL and IRIS TURMELLE, <br><br> Plaintiffs. <br><br> v. <br><br> FRANK EDELBLUT, et al. <br><br> Defendants. | Civil Action No. 1:24-cv-00251 |

### DECLARATION OF ELAINE HERRMANN BLAIS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

In support of my request to appear *pro hac vice* on behalf of Plaintiffs Parker Tirrell and Iris Turmelle in this matter, I hereby certify as follows:

1. I am an attorney and a partner at the law firm of Goodwin Procter LLP, resident in the firm's Boston, MA office located at 100 Northern Avenue, Boston, MA 02210. My business email address is eblais@goodwinlaw.com and my business phone number is 617-570-1205.

2. I am a member of the bar in good standing and eligible to practice in the State of Massachusetts (admitted in 2003), the State of Illinois (admitted in 1997; inactive), the State of Ohio (admitted in 1995; inactive) the United States District Court for the District of Massachusetts (admitted in 2003), the United States District Court for the Northern District of California (admitted in 2017), the United States District Court for the Northern District of Ohio (admitted in 1996), the United States District Court for the Eastern District of Texas (admitted in 2006), the United States Court of Appeals for the First Circuit (admitted in 2003), the United States Court of Appeals for the Fourth Circuit (admitted in 2021), the United States Court of Appeals for the Federal Circuit (admitted in 2003), and the United States Supreme Court

(admitted in 2008). I am not currently suspended or disbarred in any jurisdiction.

3.     I have never been denied admission to any court, have never been subject to disciplinary action before any court, and have no prior felony or misdemeanor criminal convictions.

4.     I have not previously had a *pro hac vice* admission to any court (or other admission for a limited purpose under this rule) revoked for misconduct.

5.     I have reviewed and am familiar with the Local Rules for the United States District Court for the District of New Hampshire and will abide by the same.

I declare under the penalties of perjury that the foregoing statements made by me are true and accurate.

*/s/ Elaine Herrmann Blais*
Elaine Herrmann Blais

Dated: August 22, 2024