# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| PARKER TIRRELL and IRIS TURMELLE, <br><br> Plaintiffs. <br><br> v. <br><br> FRANK EDELBLUT, et al. <br><br> Defendants. | Civil Action No. 1:24-cv-00251 |

**[PROPOSED] ORDER GRANTING *PRO HAC VICE* ADMISSION**

It appearing to the Court that Petitioner meets the *pro hac vice* admission requirements of the United States District Court of New Hampshire, the Motion for Admission *pro hac vice* of Elaine Herrmann Blais on behalf of Plaintiffs Parker Tirrell and Iris Turmelle in the United States District Court, District of New Hampshire in the subject case is ALLOWED.

Dated: This_____day of_____, 2024.

_____
U.S. Chief District Judge Landya B. McCafferty