# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| PARKER TIRRELL and IRIS TURMELLE, <br><br> Plaintiffs. <br><br> v. <br><br> FRANK EDELBLUT, et al. <br><br> Defendants. | Civil Action No. 1:24-cv-00251 |

**<u>DECLARATION OF BENEDICT SEE IN SUPPORT OF MOTION FOR ADMISSION <br> *PRO HAC VICE*</u>**

In support of my request to appear *pro hac vice* on behalf of Plaintiffs Parker Tirrell and Iris Turmelle in this matter, I hereby certify as follows:

1. I am an attorney and an associate at the law firm of Goodwin Procter LLP, resident in the firm's New York, NY office located in the New York Times Building at 620 Eighth Avenue, New York, NY 10018. My business email address is bsee@goodwinlaw.com and my business phone number is 917-229-7890.

2. I am a member of the bar in good standing and eligible to practice in the State of New York (admitted in 2023). I am not currently suspended or disbarred in any jurisdiction.

3. I have never been denied admission to any court, have never been subject to disciplinary action before any court, and have no prior felony or misdemeanor criminal convictions.

4. I have not previously had a *pro hac vice* admission to any court (or other admission for a limited purpose under this rule) revoked for misconduct.

5. I have reviewed and am familiar with the Local Rules for the United States

District Court for the District of New Hampshire and will abide by the same.

      I declare under the penalties of perjury that the foregoing statements made by me are true and accurate.

*/s/ Benedict See*
Benedict See

Dated: August 22, 2024