# Exhibit B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| PARKER TIRRELL and IRIS TURMELLE, | |
| Plaintiffs. | |
| v. | Civil Action No. 1:24-cv-00251 |
| FRANK EDELBLUT, et al. | |
| Defendants. | |

## [PROPOSED] ORDER GRANTING *PRO HAC VICE* ADMISSION

It appearing to the Court that Petitioner meets the *pro hac vice* admission requirements of the United States District Court of New Hampshire, the Motion for Admission *pro hac vice* of Louis Lobel on behalf of Plaintiffs Parker Tirrell and Iris Turmelle in the United States District Court, District of New Hampshire in the subject case is ALLOWED.

Dated: This_____day of_____, 2024.

_____
U.S. Chief District Judge Landya B. McCafferty