# Exhibit A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| PARKER TIRRELL and IRIS TURMELLE, <br><br> Plaintiffs. <br><br> v. <br><br> FRANK EDELBLUT, et al. <br><br> Defendants. | Civil Action No. 1:24-cv-00251 |

## DECLARATION OF SAMIRA SERAJI IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

In support of my request to appear *pro hac vice* on behalf of Plaintiffs Parker Tirrell and Iris Turmelle in this matter, I hereby certify as follows:

1. I am an attorney and an associate at the law firm of Goodwin Procter LLP, resident in the firm's Los Angeles, CA office located at 601 S. Figueroa Street, Suite 4100, Los Angeles, CA 90017. My business email address is sseraji@goodwinlaw.com and my business phone number is 213-426-2527.

2. I am a member of the bar in good standing and eligible to practice in the State of California (admitted in 2021). I am not currently suspended or disbarred in any jurisdiction.

3. I have never been denied admission to any court, have never been subject to disciplinary action before any court, and have no prior felony or misdemeanor criminal convictions.

4. I have not previously had a *pro hac vice* admission to any court (or other admission for a limited purpose under this rule) revoked for misconduct.

5. I have reviewed and am familiar with the Local Rules for the United States District Court for the District of New Hampshire and will abide by the same.

I declare under the penalties of perjury that the foregoing statements made by me are true and accurate.

*/s/ Samira Seraji*<br>Samira Seraji

Dated: August 22, 2024