# Exhibit A

# Exhibit A



**Frank Edelblut**
Commissioner

**Christine M. Brennan**
Deputy Commissioner

STATE OF NEW HAMPSHIRE
**DEPARTMENT OF EDUCATION**
25 Hall Street
Concord, NH 03301
TEL. (603) 271-3495

August 20, 2024

Dear School Leaders,

On July 26, 2024, the New Hampshire State Legislature passed a law, House Bill 1205, relative to women's school sports. This law states, in part, that, "An interscholastic sport activity or club athletic team sponsored by a public school or a private school whose students or teams compete against a public school must be expressly designated as one of the following based on the biological sex at birth of intendent participants: 1) males, men or boys; 2) female, women or girls; 3) coed or mixed."

This law, which went into effect yesterday, August 19, is currently being challenged in federal court by two families represented by the American Civil Liberties Union of New Hampshire Foundation and GLBTQ Legal Advocates and Defenders, among other attorneys.

Yesterday, a judge issued a temporary restraining order related to the civil lawsuit that prohibits the Pemi-Baker Regional School District from implementing the new law as it pertains to one of the plaintiffs. This law, however, is still applicable to all other students in New Hampshire school districts. A hearing on a broader injunction on the application of the law will be held in the near future.

Once the New Hampshire Department of Education has further information to share, it will be communicated to the field.

Thank you for your attention to the matter.

Sincerely,

Frank Edelblut
Commissioner of Education

**TDD Access: Relay NH 711**
**EQUAL OPPORTUNITY EMPLOYER- EQUAL EDUCATIONAL OPPORTUNITIES**