**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

PARKER TIRRELL and IRIS TURMELLE,

    *Plaintiffs*,

    v.

FRANK EDELBLUT, in his official capacity as
Commission of the New Hampshire Department
of Education, *et al.*,

    *Defendants*.

Case No. 1:24-cv-00251-LM-TSM

---

**DEFENDANTS FRANK EDELBLUT, ANDREW CLINE, KATE CASSADY,**
**ANN LANE, PHILIP NAZZARO, RAJESH NAIR, JAMES FRICCHIONE,**
**AND JAMES LABOE'S OBJECTION TO PLAINTIFF'S MOTION FOR**
**A PRELIMINARY INJUNCTION**

NOW COME Defendants Frank Edelblut, Andrew Cline, Kate Cassady, Ann Lane,

Philip Nazzaro, Rajesh Nair, James Fricchione, and James Laboe (collectively, the "State

Defendants"), by and through counsel, the Office of the Attorney General, and submit this

Objection to Plaintiffs' Motion for a Preliminary Injunction.  For the reasons stated in State

Defendants' attached Memorandum of Law, which is incorporated herein by reference, the

Motion for a Preliminary Injunction should be denied.

                        Respectfully submitted,

                        DEFENDANTS FRANK EDELBLUT, ANDREW
                        CLINE, KATE CASSADY, ANN LANE, PHILIP
                        NAZZARO, RAJESH NAIR, JAMES
                        FRICCHIONE, and JAMES LABOE

                        By their attorneys,

                        JOHN M. FORMELLA
                        ATTORNEY GENERAL

Date:  August 24, 2024          /s/ Michael P. DeGrandis
                                Michael P. DeGrandis, N.H. Bar  No. 277332
                                Attorney, Civil Bureau
                                Brandon F. Chase, N.H. Bar No. 270844
                                Assistant Attorney General, Civil Bureau
                                Office of the Attorney General
                                1 Granite Place South
                                Concord, NH 03301
                                (603) 271-3650
                                michael.p.degrandis@doj.nh.gov
                                brandon.f.chase@doj.nh.gov

CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2024, a copy of the foregoing was served on all parties of record through the Court's e-filing system.

          /s/ Michael P. DeGrandis
          Michael P. DeGrandis