

# RSA 193:41

Statutes current through Chapter 111 of the 2024 Regular Session.

*LEXIS™ New Hampshire Revised Statutes Annotated  >  Title XV Education (Chs. 186 — 200-O)  >  Chapter 193 Pupils (§§ 193:1 — 193:42)  >  School Athletics (§§ 193:41 — 193:42)*

## 193:41. School Athletics.

**I.**  In this subdivision, "school" means a public high school in which any combination of grades 9 through 12 are taught or a public middle school in which any combination of grades 5 through 8 are taught. This shall not apply to students in any grade kindergarten through fourth grade.

**II.**

**(a)**  An interscholastic sport activity or club athletic team sponsored by a public school or a private school whose students or teams compete against a public school must be expressly designated as one of the following based on the biological sex at birth of intended participants:

**(1)**  Males, men, or boys;

**(2)**  Females, women, or girls; or

**(3)**  Coed or mixed.

**(b)**  Athletic teams or sports designated for females, women, or girls shall not be open to students of the male sex.

**III.**  For purposes of this subdivision, the sex of a student for the purpose of determining eligibility to participate in an interscholastic sport activity or club athletic team shall be determined by the student's biological sex on the student's official birth certificate or certificate issued upon adoption, and is considered to have correctly stated the student's biological sex only if the certificate was:

**(a)**  Issued at or near the time of the student's birth; or

**(b)**  Modified to correct any type of scrivener or clerical error in the student's biological sex.

**IV.**  If a birth certificate provided by a student pursuant to paragraph III does not appear to be the student's original birth certificate or does not indicate the student's sex upon birth, then the student must provide other evidence indicating the student's sex at the time of birth. The student or the student's parent or guardian must pay any costs associated with providing the evidence required.

**V.**  The state board of education, each local school board, and each governing body of a public charter school shall adopt and enforce policies to ensure compliance with this subdivision in the public schools governed by each respective entity.

**VI.**  This subdivision shall not be construed to restrict the eligibility of a student to participate in intramural activities designated as coed or mixed.

**VII.**  A government entity, any licensing or accrediting organization, or an athletic association or organization shall not entertain a complaint, open an investigation, or take any other adverse action against a school for maintaining separate interscholastic sport activities or club athletic teams for students of the female sex.

## History

2024, 228:1, effective August 18, 2024.

LEXIS™ New Hampshire Revised Statutes Annotated
Copyright © 2024 All rights reserved.

---

**End of Document**

# RSA 193:42

Statutes current through Chapter 111 of the 2024 Regular Session.

**LEXIS™ New Hampshire Revised Statutes Annotated > Title XV Education (Chs. 186 — 200-O) > Chapter 193 Pupils (§§ 193:1 — 193:42) > School Athletics (§§ 193:41 — 193:42)**

## 193:42. School Athletics; Causes of Action.

**I.** Any student who is deprived of an athletic opportunity or suffers any direct or indirect harm as a result of a school knowingly violating RSA 193:41 shall have a private cause of action for injunctive relief, damages, and any other relief available under law against the school.

**II.** Any student who is subject to retaliation or other adverse action by a school or athletic association or organization as a result of reporting a violation of RSA 193:41 to an employee or representative of the school or athletic association or organization, or to any state or federal agency with oversight of schools in the state, shall have a private cause of action for injunctive relief, damages, and any other relief available under law against the school or athletic association or organization.

**III.** Any school that suffers any direct or indirect harm as a result of a violation of RSA 193:41 shall have a private cause of action for injunctive relief, damages, and any other relief available under law against the government entity, licensing or accrediting organization, or athletic association or organization.

**IV.** All civil actions must be initiated within 2 years after the harm occurred. Persons or organizations who prevail on a claim brought pursuant to this subdivision shall be entitled to monetary damages, including for any psychological, emotional, and physical harm suffered, reasonable attorneys' fees and costs, and any other appropriate relief.

## History

2024, 228:1, effective August 18, 2024.

LEXIS™ New Hampshire Revised Statutes Annotated
Copyright © 2024 All rights reserved.

End of Document