

# HOUSE RECORD

**Second Year of the 168th General Court**

**Calendar and Journal of the 2024 Session**

Web Site Address: www.gencourt.state.nh.us

**State of New Hampshire**

| Vol. 46 | Concord, N.H. | Friday, March 15, 2024 | No. 11 |

**Contains:** Amendments; Committee Reports; Bills Laid on Table; House Bills Amended By Senate; House Deadlines; Meetings and Notices; Revised Fiscal Notes.

# HOUSE CALENDAR

**MEMBERS OF THE HOUSE:**

Thank you, again, for your dedicated service to our state this week.

The House will meet on Thursday, March 21st, 2024, starting at 10:00 a.m. Please also hold Thursday, March 28th, and Thursday, April 11th, for House session days.

Disagreement in political matters is inevitable. But we all have the responsibility to be professional, respectful, and lead by example. As public office holders, we have a duty to hold ourselves to a higher standard and put civility first. Our fellow legislators and our constituents have the right to be heard, and we owe them the respect and dignity of listening. Everyone has a right to present an opposing viewpoint. No legislator or member of the public should feel intimidated or fear hostility over testimony they give before a committee. No legislator should feel intimidated or fear hostility over remarks they may deliver before the House or a vote they may take in committee or in session.

With national conferences and other events taking place over the next several months, members should be aware of their obligations under the Legislative Ethics Guidelines. Members are permitted to accept expense reimbursement for the reasonable expenses for attendance, registration, travel, meals, and lodging related to a bona fide conference, meeting, seminar, or educational, cultural, or informational program related to the legislator's office (for example, reimbursement or stipends received from an organization such as NCSL or CSG) so long as disclosure of any such reimbursement is made no later than the last day of the month following the month during which the expense reimbursement was received. This disclosure shall be filed in the Office of the Secretary of State and shall be in the form prescribed in RSA 14-C. This provision does not require the reporting of an expense reimbursement made by the General Court to a legislator. If you have any questions on expense reimbursements or ethics filings, please feel free to contact Rich Lambert, Executive Administrator of the Legislative Ethics Committee, at either richard.lambert@leg.state.nh.us or (603) 271-3435.

Your safety and security are a high priority in and around the State House Complex. To report a security concern, please visit the nearest Protective Services post, or call 603-271-2200. If there is an emergency situation, dial 9-1-1 first.

Sherman A. Packard, Speaker of the House

## NOTICE

There is no chair/ vice chair meeting scheduled at this time. The next meeting of the chairs and vice chairs will be announced in an upcoming Calendar.

Sherman A. Packard, Speaker of the House

## NOTICE

There will be a Republican Caucus on **Thursday, March 21st at 9:00 a.m. i**n Representatives Hall.

Rep. Jason Osborne, Majority Leader

## NOTICE

There will be a Democratic Caucus on **Thursday, March 21st at 9:00 a.m.** in the State House Cafeteria.

Rep. Matt Wilhelm, Democratic Leader

# NOTICE

**ALL** reports, scheduling and notices are due in the House Clerk's Office by **3:00 p.m. on WEDNESDAYS**. Reports and scheduling shall be turned in to House Committee Services for processing **no later than 1:00 p.m.** on Wednesday. Please be sure to complete that work in a timely fashion to meet the Calendar deadline.

| **CLOSES AT 3:00 p.m. ON:** | **AVAILABLE ON:** |
|---|---|
| Wednesday, March 20, 2024 | Friday, March 22, 2024 |
| Wednesday, March 27, 2024 | Friday, March 29, 2024 |
| Wednesday, April 3, 2024 | Friday, April 5, 2024 |

Paul C. Smith, Clerk of the House

# 2024 HOUSE DEADLINES

Second Year Session Deadlines

| | |
|---|---|
| Thursday, March 21, 2024 | Last day to report House Bills not in a second committee |
| Thursday, March 28, 2024 | Last day to act on House Bills not in a second committee |
| Thursday, April 4, 2024 | Last day to report all House Bills |
| Thursday, April 11, 2024 | CROSSOVER – Last day to act on all House Bills |
| Thursday, April 25, 2024 | Last day to report Senate Bills going to a second committee |
| Thursday, May 2, 2024 | Last day to act on Senate Bills going to a second committee |
| Thursday, May 16, 2024 | Last day to report all Senate Bills |
| Thursday, May 23, 2024 | Last day to act on all Senate Bills |
| Thursday, May 30, 2024 | Last day to form committees of conference |
| Thursday, June 6, 2024 | Last day to sign committee of conference reports (4:00 p.m.) |
| Thursday, June 13, 2024 | Last day to act on committee of conference reports |
| Tuesday, September 3, 2024 | First day for incumbents running for re-election to file LSRs with complete information |
| Friday, September 13, 2024 | Last day prior to the General Election for incumbents running for re-election to file LSRs with complete information |
| Friday, October 25, 2024 | Last day to file 2024 Interim Study reports |
| Wednesday, November 6, 2024 | First day for all Representatives to file LSRs with complete information |
| Friday, November 22, 2024 | Last day to file LSRs with complete information (4:00 p.m.) Ten-day signoff begins |
| Thursday, January 2, 2025 | Last day to sign-off on all LSRs (12:00 p.m.) |
| Friday, January 24, 2025 | Last day to introduce House Bills |
| | Last day to amend House Rules by majority vote |

# NOTICE

Please note that all streaming videos of standing committee meetings and joint committees can be found at the NH House of Representatives YouTube channel. The link to the YouTube channel:
www.youtube.com/c/NHHouseofRepresentativesCommitteeStreaming

# BILLS LAID ON THE TABLE

**HB 147,** relative to membership of the advisory committee on the education of students with disabilities. Pending question: No pending question.
**HB 232-FN,** adopting section 1910 OSHA standards for public sector employees in New Hampshire. Pending question: Amendment (2429h).
**HB 267,** relative to criminal records checks in school employment. Pending question: Refer for Interim Study.
**HB 301,** relative to recusal by members of the general court for conflicts of interest. Pending question: Amendment (2326h).
**HB 369,** establishing a task force to provide energy relief on farms. Pending question: No pending question.
**HB 375-FN,** relative to the licensure of nonresident aliens temporarily residing in New Hampshire. Pending question: Inexpedient to Legislate.

# THURSDAY, MARCH 21
# REGULAR CALENDAR

## CHILDREN AND FAMILY LAW

**HB 1192-FN,** relative to contempt actions in domestic relations matters. **OUGHT TO PASS WITH AMENDMENT.**
Rep. Debra DeSimone for Children and Family Law. This bill as amended addresses the rise in contempt cases in family court, giving the judge latitude to assess penalties. **Vote 9-5.**

**HB 1659-FN,** relative to interference with child custody and shared parenting. **MAJORITY: OUGHT TO PASS WITH AMENDMENT. MINORITY: INEXPEDIENT TO LEGISLATE.**
Rep. Debra DeSimone for the **Majority** of Children and Family Law. This bill is working toward a more strict adherence to parenting plans specifically ordered by the court, and implements penalties for noncompliance thereof. **Vote 8-6.** Rep. Heather Raymond for the **Minority** of Children and Family Law. This bill requires the family court to order compensatory parenting time when a parent fails to comply with parenting plans. While on the surface this seems to be a neutral stance, in reality it prevents the court from considering the best interests of the child, particularly in situations where DCYF has asked for a temporary safety plan to keep a child with one parent while the other is being investigated. Custody matters are a matter of best interests, but DCYF is required to show a preponderance of the evidence that a child has suffered protracted harm as a result of abuse of neglect. There are numerous scenarios where a court may find that something is not in a child's best interest even if it does not result in physical injury and a finding of abuse. As amended, this bill would require the court to ignore the best interest requirement.

## CRIMINAL JUSTICE AND PUBLIC SAFETY

**HB 1528,** relative to reporting by the northern border alliance program. **OUGHT TO PASS WITH AMENDMENT.**
Rep. Alissandra Murray for Criminal Justice and Public Safety. This bill, as amended by committee, aligns required reporting statute with state police protocol regarding the new Northern Border Alliance program. This will ensure the governor and legislature receive adequate reporting from the program to ensure proper financial resourcing. **Vote 19-1.**

## EDUCATION

**HB 1205**, relative to women's school sports. **WITHOUT RECOMMENDATION**
**Statement in support of Ought to Pass with Amendment:** Protecting fairness in women's sports is a women's rights issue. Women worked for years to get Title IX passed in 1972 to ban sex discrimination in federally funded education programs and athletics. Since 2020, 23 states have passed laws related to transgender females competing against biological females. This bill, as amended, applies to only grades 5-12 interscholastic or club teams and limits participants based on biological sex. This does not apply to student eligibility on intramural teams designated as mixed or coed. The bill also provides for a cause of action if a student is deprived of athletic opportunities, is subjected to retaliation, or suffers any direct or indirect harm. The committee heard that nobody has been denied scholarships or injured in competition involving transgender females. The truth, however, is that girls have been injured. In Massachusetts this year, three girls were injured in a basketball game causing the team to forfeit, and a West Virginia girl was injured in volleyball and was still suffering a year later. There is an ongoing federal legal case involving girls in Connecticut who lost scholarship opportunities in track. This bill is very simply about fairness, integrity, and safety in female competition.

Rep. Glenn Cordelli

**Statement in support of Inexpedient to Legislate:** This is another bill to discriminate against transgender youth that make up less than 1% of the school population and even less of the athletic teams. All middle and high school sports are governed by the National Federation of Interscholastic Athletics that oversees competition for safety, fairness, sets guidelines, determines eligibility of participants, and adopts rules for the sport. These organizations are made up of representatives of professionals in education, medicine, athletics, sports management, athletic training, and officiating, not politicians. The NH Interscholastic Athletic Association has concluded "that it would be fundamentally unjust and contrary to applicable State and Federal laws to preclude a student from participation on a gender specific sports teams that is consistent with the public gender identity of that student for all other purposes." For eligibility purposes, "the school district submits a roster to the NHIAA that verifies that the student listed on a gender specific sports team is entitled to participation on that team due to their gender identity and the school district has determined that the expression on the student's gender identity is bona fide and not for the purpose of gaining an unfair advantage in competitive

athletics." We should let them do their job. Every student's physical and mental ability in sports differs from another regardless of the gender of the students. What separates the successful athlete is the development of skill, coach ability, work ethic, and competitive spirit. This is what college programs consider when offering scholarships. We have seen a great deal of misinformation but the truth is no one has been denied a scholarship or suffered an injury that was a result of the participation of a transgendered person. This bill, as amended, strips away federal law and denies constitutional protections to discriminate against transgender youth and their families. It further allows lawsuits to be brought against the student, family, and the schools if the transgender child participates in athletics. While transgender students have many obstacles to face in life and at school, middle and high school sports should not be one of them.

Rep. Linda Tanner

**HB 1650-FN**, relative to the approval of alternative programs for granting credit leading to graduation. **WITHOUT RECOMMENDATION**

**Statement in support of Ought to Pass:** This bill establishes minimum standards and an approval process for alternative programs for granting credit leading to graduation from a public school under what is commonly known as the "learn everywhere" program. Because there are no minimum standards or approval processes defined in statute now, the State Board of Education has approved programs that fail to meet rigorous academic standards used by public schools. To be sure these programs meet the high standards used in public schools, the bill requires the Department of Education to convene an ad-hoc committee of educators to review and report on all applications prior to being considered for approval by the State Board of Education. The bill also requires these programs which are open to all public school students to comply with state and federal anti-discrimination laws and have internal anti-discrimination policies and practices in place. The State Board of Education shall annually review all programs for ongoing compliance with these anti-discrimination policies.

Rep. David Luneau

**Statement in support of Inexpedient to Legislate:** This bill requires all alternative learning programs for granting credit leading to graduation to comply with state and federal anti-discrimination laws, and establishes a committee to evaluate applications for alternative programs. Any entity offering an educational program approved under this section shall have policies that are required of school districts and charter schools set forth under RSA 193:39. The State Board of Education shall annually review all entities that offer an educational program approved under this section for continued compliance with all state and federal anti-discrimination laws, including any policies mandated by this section. Businesses already have to follow state and federal anti-discrimination laws. This bill is unnecessary and would waste the time of businesses who are interested in helping educate our youth. Currently there are many small businesses offering hands-on opportunities for our students, such as having students work on construction sites. Asking these small businesses, especially those with an out-of-state parent company who would have to comply, to create an anti-discrimination policy when they are already required to follow all state and federal laws, may just convince them that it isn't worth their time and effort to help these kids. The sponsor was aware of no instances of violation. Further, the State Board of Education is not the proper entity to determine if these businesses follow all state and federal anti-discrimination laws and their own policies. The Human Rights Commission would be much better suited. All this bill would do is limit learning opportunities.

Rep. Alicia Lekas

**HB 1654-FN**, relative to review of education freedom account service providers. **WITHOUT RECOMMENDATION**

**Statement in support of Ought to Pass:** This bill requires educational service providers approved under the Education Freedom Account (EFA) program to comply with state and federal anti-discrimination laws and have internal anti-discrimination policies and practices in place. Today, nearly 50% of students are eligible for EFAs and providers approved under this program cost NH taxpayers more than $25 million per year. EFA students should have the freedom to choose providers that meet their needs free of discrimination. The committee heard testimony that some taxpayer-funded providers approved under the EFA program do not accept students due to gender identity, sexual orientation, or other classes protected under state and federal anti-discrimination laws. Taxpayer-funded discrimination must stop and the State Board of Education shall annually review all programs for ongoing compliance with anti-discrimination policies.

Rep. David Luneau

**Statement in support of Inexpedient to Legislate:** This bill requires Education Freedom Account (EFA) service providers to develop and implement policies that are required of school districts and chartered public schools set forth under RSA 193:39. Additionally, the State Board of Education shall annually review EFA service providers for continued compliance with all state and federal anti-discrimination laws, including any policies under this section. To begin with, it would be impossible to ensure that large out-of-state service providers, such as Amazon, comply with this law. Also, there are hundreds of service providers, and the State Board of Education is a group of volunteers who could make better use of their limited time than attempting