# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

PARKER TIRRELL and IRIS TURMELLE,

      Plaintiffs.

      v.

FRANK EDELBLUT, et al.

      Defendants.

Civil Action No. 1:24-cv-00251

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I have been admitted to practice pro hac vice in this court, and I appear in this case as counsel for Plaintiffs Parker Tirrell and Iris Turmelle.

Date: August 27, 2024

/s/*Benedict See*
Benedict See (*pro hac vice*)
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, New York 10018-1405
BSee@goodwinlaw.com
Tel: (212) 813-8800
Fax: (212) 355-3333

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 27, 2024.

*/s/ Benedict See*
Benedict See (*pro hac vice*)