# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

PARKER TIRRELL and IRIS TURMELLE,

      Plaintiffs.

      v.

FRANK EDELBLUT, et al.

      Defendants.

Civil Action No. 1:24-cv-00251

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I have been admitted to practice *pro hac vice* in this court, and I appear in this case as counsel for Plaintiffs Parker Tirrell and Iris Turmelle.

Date: August 28, 2024

/s/ *Emmett Hope Weiss*
Emmett Hope Weiss (*pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
EWeiss@goodwinlaw.com
Tel: (202) 346-4225
Fax: (202) 346-4444

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 28, 2024.

*<u>/s/ Emmett Hope Weiss</u>*
Emmett Hope Weiss