## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| PARKER TIRRELL and IRIS TURMELLE, <br><br> Plaintiffs. <br><br> v. <br><br> FRANK EDELBLUT, et al. <br><br> Defendants. | Civil Action No. 1:24-cv-00251 |

### NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I have been admitted to practice pro hac vice in this court, and I appear in this case as counsel for Plaintiffs Parker Tirrell and Iris Turmelle.

Date: September 3, 2024

/s/ *Samira Seraji*
Samira Seraji (*pro hac vice*)
GOODWIN PROCTER LLP
601 S. Figueroa Street
Los Angeles, CA 90017-5704
SSeraji@goodwinlaw.com
Tel: (213) 426-2527
Fax: (415) 651-9612

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 3, 2024.

*/s/ Samira Seraji*
Samira Seraji (*pro hac vice*)