# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| PARKER TIRRELL and IRIS TURMELLE, <br><br> Plaintiffs. <br><br> v. <br><br> FRANK EDELBLUT, et al. <br><br> Defendants. | Civil Action No. 1:24-cv-00251 |

## NOTICE OF ATTORNEY WITHDRAWAL

Pursuant to Local Rule 83.6(d), please withdraw the appearance of Emmett Hope Weiss as counsel for Parker Tirrell and Iris Turmelle ("Plaintiffs") in the above-captioned matter.

Plaintiffs will continue to be represented by Kevin DeJong, Elaine Blais, Louis Lobel, Samira Seraji, and Benedict See of Goodwin Procter LLP and Chris Erchull, Bennett H. Klein, Jennifer L. Levi from GLBTQ Legal Advocates & Defenders (GLAD) and Gilles R. Bissonnette and Henry Klementowicz from American Civil Liberties Union of New Hampshire. Please remove the undersigned attorney from the docket as counsel of record in this action.

Date: October 2, 2024

/s/ *Emmett Hope Weiss*
Emmett Hope Weiss (*pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, DC 20036-1612
EWeiss@goodwinlaw.com
Tel: (202) 346-4225
Fax: (202) 346-4444

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 2, 2024.

                                  /s/ *Emmett Hope Weiss*
                                  Emmett Hope Weiss