UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| PARKER TIRRELL and IRIS TURMELLE, *Plaintiffs*, <br><br> v. <br><br> FRANK EDELBLUT, et al. *Defendants.* | Case No. 24-cv-251-LM-TSM |

### NOTICE OF FILING OF FIRST AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 15, the Plaintiffs Parker Tirrell and Iris Turmelle hereby file their First Amended Complaint twenty-one days after the first Answer, ECF No. 72, filed in the above-captioned matter. A copy of the First Amended Complaint is attached to this Notice as Exhibit 1, and a copy of the First Amended Complaint tracking all changes from the original Complaint, ECF No. 4, is attached to this Notice as Exhibit 2.

Respectfully submitted,

PARKER TIRRELL, by her parents and next friends SARA TIRRELL and ZACHARY TIRRELL,

and

IRIS TURMELLE, by her parents and next friends AMY MANZELLI and CHAD TURMELLE,

By and through their attorneys,

| | |
|---|---|
| Kevin J. DeJong (NH Bar No. 17633)<br>kdejong@goodwinlaw.com<br>Louis L. Lobel* (MA Bar No. 693292)<br>llobel@goodwinlaw.com<br>Elaine H. Blais* (MA Bar No. 656142)<br>eblais@goodwinlaw.com<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA 02210<br><br>Samira Seraji* (CA Bar No. 338979)<br>sseraji@goodwinlaw.com<br>GOODWIN PROCTER LLP<br>601 S. Figueroa Street<br>Suite 4100<br>Los Angeles, CA 90017<br><br>Ben See* (NY Bar No. 6019202)<br>bsee@goodwinlaw.com<br>GOODWIN PROCTER LLP<br>620 Eighth Avenue<br>New York, NY 10018 | */s/ Chris Erchull*<br>Chris Erchull (NH Bar No. 266733)<br>cerchull@glad.org<br>Bennett H. Klein* (MA Bar No. 550702)<br>bklein@glad.org<br>Jennifer Levi* (MA Bar No. 562298)<br>jlevi@glad.org<br>GLBTQ LEGAL ADVOCATES & DEFENDERS<br>18 Tremont Street, Suite 950<br>Boston, MA 02108<br>(617) 426-1350<br><br>Gilles Bissonnette (NH Bar No. 265393)<br>gilles@aclu-nh.org<br>Henry Klementowicz (NH Bar No. 21177)<br>henry@aclu-nh.org<br>AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE FOUNDATION<br>18 Low Avenue<br>Concord, NH 03301<br>(603) 224-5591 |

*Admitted to appear *pro hac vice*.

October 31, 2024

## Certificate of Service

I, Chris Erchull, hereby certify that on today's date I served a copy of the forgoing on all counsel by filing the same on ECF.

*/s/ Chris Erchull*
Chris Erchull