IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| PARKER TIRRELL and IRIS TURMELLE, *Plaintiffs*, v. FRANK EDELBLUT, in his official capacity as Commissioner of the New Hampshire Department of Education, *et al.*, *Defendants*. | Case No. 1:24-cv-00251-LM-TSM |

## JOINT STATEMENT OF SCHOOL DISTRICT DEFENDANTS AS TO DISCOVERY PLANNING

NOW COME the school district Defendants, the Pemi-Baker and Pembroke School Districts, by and through their respective counsel, and jointly submit the following statement regarding Discovery Planning pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Rule 26.1 of the Local Rules of the United States District Court for the District of New Hampshire.

The Petitioners and the State have submitted or will submit different Discovery Plans. The District Defendants do not intend to conduct discovery of their own, do not wish to further complicate the matter of discovery planning by filing a third possible schedule, and thus will await the outcome of the upcoming Conference with the Court.

WHEREFORE, the parties respectfully request that this Honorable Court:

A. Accept this joint Statement of School District Defendants as to Discovery Planning; and

B. Grant such further relief as this Court deems just and proper.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | PEMBROKE SCHOOL DISTRICT, ANDREW CAMIDGE, GENE GAUSS, KERRI DEAN, AND MELANIE CAMELO AS MEMBERS OF THE PEMBROKE SCHOOL BOARD IN THEIR OFFICIAL CAPACITIES, |
|  | By their attorneys, WADLEIGH STARR & PETERS, PLLC |
| Date: November 14, 2024 | By: /s/ Michael G. Eaton<br>Michael G. Eaton, Esq. (NH Bar #271586)<br>WADLEIGH STARR & PETERS, PLLC<br>95 Market Street<br>Manchester, NH 03101<br>(603) 206-7292<br>meaton@wadleighlaw.com |
|  | PEMI-BAKER REGIONAL SCHOOL DISTRICT, BONNIE ACTON, GREG APRILLIANO, LISA ASH, PAUL CIOTTI, SHEILA DONAHUE, PETER JACKSON, PHIL MCCORMACK, BERNICE SULLIVAN, TONY TORINO, CAROLYN VARIN, BARBARA NOYES, AND PAUL PIZZANO AS MEMBERS OF THE PEMI-BAKER REGIONAL SCHOOL BOARD IN THEIR OFFICIAL CAPACITIES, |
|  | By their attorneys, SOULE, LESLIE, KIDDER, SAYWARD & LOUGHMAN, P.L.L.C. |
|  | By: /s/ Diane M. Gorrow<br>Diane M. Gorrow, Esq. (NH Bar #4817)<br>220 Main Street<br>Salem, NH 03079<br>(603) 898-776<br>Email: gorrow@soulefirm.com |

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served on all parties of record through the Court's e-filing system.

                                          /s/ Michael G. Eaton
                                          Michael G. Eaton