IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| PARKER TIRRELL and IRIS TURMELLE, *Plaintiffs*, v. FRANK EDELBLUT, in his official capacity as Commission of the New Hampshire Department of Education, *et al.*, *Defendants*. | Case No. 1:24-cv-00251-LM-TSM |

### STATE DEFENDANTS' ASSENTED-TO MOTION TO EXTEND TIME TO FILE A REPLY TO PLAINTIFFS' OPPOSITION TO THE PARTIAL MOTION TO DISMISS

NOW COME Defendants Frank Edelblut, Andrew Cline, Kate Cassady, Ann Lane, Philip Nazzaro, Rajesh Nair, James Fricchione, and James Laboe (the "State Defendants"), by and through counsel, the Office of the Attorney General, and move pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure to extend their deadline to file a Reply to Plaintiffs' Opposition (ECF No. 90) to State Defendants' Partial Motion to Dismiss, and state as follows:

1. On December 6, 2024, State Defendants filed a Partial Motion to Dismiss the Amended Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. ECF No. 88.

2. On December 12, 2024, the Court granted the parties' Joint Motion to Extend Time to object and reply to the Partial Motion to Dismiss. Endorsed Order (Dec. 12, 2024). The Court ordered Plaintiffs to file their objection on or before January 10, 2025 and State Defendants to file their reply on or before January 31, 2025. *Id.*

3. Plaintiffs filed an Opposition to the Partial Motion to Dismiss on January 10, 2025. ECF No. 90.

4.Unanticipated changes to undersigned counsel's immediate workload necessitate this request for a one-week extension to file State Defendants' reply.  One example of the unanticipated change is a court's acceleration of a filing deadline in another case, moving it up 18 days from the filing's initial deadline.

5.Thus, State Defendants respectfully request that the Court extend State Defendants' deadline to file their reply to February 7, 2025.

6.An extension will not cause the continuance of any hearing, conference, or trial.

7.All parties have assented to this Motion.

WHEREFORE, State Defendants respectfully request that this Honorable Court:

A.Grant State Defendants' Assented-To Motion to Extend Time;

B.Allow State Defendants to file their reply on or before February 7, 2025; and

C.Grant such further relief as is just and equitable.

Respectfully submitted,

DEFENDANTS FRANK EDELBLUT, ANDREW CLINE, KATE CASSADY, ANN LANE, PHILIP NAZZARO, RAJESH NAIR, JAMES FRICCHIONE, and JAMES LABOE

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

Date:  January 30, 2025 /s/ Michael P. DeGrandis
Michael P. DeGrandis, N.H. Bar  No. 277332
Assistant Attorney General
Brandon F. Chase, N.H. Bar No. 270844
Assistant Attorney General
New Hampshire Department of Justice
1 Granite Place South
Concord, NH 03301
(603) 271-3650
michael.p.degrandis@doj.nh.gov
brandon.f.chase@doj.nh.gov

2

3

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served on all parties of record through the Court's e-filing system.

                                           /s/ Michael P. DeGrandis
                                           Michael P. DeGrandis