**Readopt with amendment and renumber Ed 306.31, effective 1-8-16 (Document #11020), amended effective 8-9-19 (Document #12845) as Ed 306.27 to read as follows:**

Ed 306.27  Arts Education Program.

(a)  The local school board shall ensure a developmentally appropriate arts education program for each school consistent with local competencies and curriculum pursuant to Ed 306.21 and Ed 306.22.

(b)  Each school's arts education program shall have competences and curriculum aligned to "K-12 Curriculum Framework for the Arts," April 2001 edition, as referenced in Appendix II.

(c)  School districts shall adhere to assessment practices consistent with Ed 306.19.

**Readopt with amendment and renumber Ed 306.33, effective 3-27-14 (Document #10556) as Ed 306.28 to read as follows:**

Ed 306.28  Business Education Program.

(a)  The local school board shall ensure a developmentally appropriate business education program at each high school consistent with local competencies and curriculum pursuant to Ed 306.22.

(b)  Each district shall have curriculum to provide opportunities for students to demonstrate and achieve the following competencies:

(1)  In entrepreneurship, the concepts, processes, and skills associated with identifying new ideas, opportunities, and methods, including starting a new project or venture;

(2)  In business ethics, the ethical standards that govern business operations and transactions, and employee behavior;

(3)  In finance, the tools, strategies, and systems used to maintain, monitor, control, and plan the use of financial resources;

(4)  In management:

a.  Leadership, management, and teamwork concepts and principles; and

b.  A working understanding of the tools, strategies, and systems needed to access, process, maintain, evaluate, and disseminate information to assist in business decision-making; and

(5)  In marketing and sales, the techniques and strategies used to foster positive, ongoing relationships with customers while learning the skills required to maintain an exchange relationship for goods and services.

(c)  Each district shall establish and provide competencies and curriculum for personal finance literacy that includes the following content areas:

(1)  Earning income, including:

a.  Understanding career paths and potential compensation for career paths;

b.  Wage and salary compensation and employee benefits;

c.  The major types of federal and state income tax and sales tax schemes; and

   d. Changes in economic conditions, technology, or the labor market that can cause changes in income, career opportunities, or employment status;

 (2) Spending, including:

   a. Budgeting;

   b. Consumer decision-making and the factors that influence spending;

   c. Federal and state consumer protection laws; and

   d. Financial record-keeping, including financial technology options;

 (3) Saving, including:

   a. Financial institutions, including the federal and state agencies that supervise and regulate them and the products and services offered;

   b. Interest rates, bank and investment management fees, inflation, and their effects on saving;

   c. Retirement and long-term financial goals; and

   d. Investing;

 (4) Managing credit, including:

   a. Secured and unsecured loans, credit cards, mortgages, and alternative financial services, including borrowing costs and repayment plans;

   b. Financing of post-secondary education, including federal and private student loans, scholarships, grants, work-study programs, and savings;

   c. Credit bureaus, credit scores, credit reports, and the assessment of creditworthiness; and

   d. Consumer credit protection laws and protections; and

 (5) Managing risk, including:

   a. Insurance types, coverage, risk exposure, premiums, and deductibles;

   b. Extended warranties and service contracts on consumer goods;

   c. Safeguarding personal financial data; and

   d. Identity theft and fraud.

 (d)  Schools shall adhere to assessment practices consistent with Ed 306.19.

**Repeal Ed 306.34, effective 3-27-14 (Document #10556), as follows:**

 ~~Ed 306.33  CTE Curriculum~~.

 ~~(a)  Pursuant to Ed 306.27, all high school CTE curriculums shall be a partnership between the high school and the regional CTE center, established under RSA 188-E.~~

~~(b)  An approved CTE program shall be one that:~~

~~(1)  Delivers multi-level career and technical education, as defined in Ed 306.02(c), in sequential fashion, based on curriculum-specific competencies endorsed by CTE and business leaders;~~

~~(2)  Utilizes competencies aligned with national industry standards that have been vetted through both business and industry and postsecondary education;~~

~~(3)  Offer students a career pathway plan of study that establishes an educational progression from secondary through postsecondary, which culminates in a postsecondary educational degree or credential in the student's chosen career field or to a career in the student's identified field in a supportive capacity for students with disabilities whose IEP teams have determined that the student, even with accommodations or modifications, is unable to meet licensure or certification requirements;~~

~~(4)  Implements third-party assessments as recognized and designated by the department;~~

~~(5)  Is in one of the following nationally recognized career cluster areas:~~

~~a.  Agriculture, food, and natural resources;~~

~~b.  Architecture and construction;~~

~~c.  Arts, audiovisual technology, and communications;~~

~~d.  Business, management, and administration;~~

~~e.  Education and training;~~

~~f.  Finance, including personal financial literacy;~~

~~g.  Government and public administration;~~

~~h.  Health science;~~

~~i.  Hospitality and tourism;~~

~~j.  Human services;~~

~~k.  Information technology;~~

~~l.  Law, public safety, and security;~~

~~m.  Manufacturing;~~

~~n.  Marketing, sales, and services;~~

~~o.  Science, technology, engineering, and mathematics including technology education; and~~

~~p.  Transportation, distribution, and logistics;~~

~~(6)  Provides instruction that embeds:~~

~~a.  Program-related, competency-based academic knowledge;~~

~~b. High employability skills and performance skills, including:~~

~~1. Acting as a responsible and contributing citizen and employee;~~

~~2. Applying appropriate academic and technical skills;~~

~~3. Attending to personal and financial well-being;~~

~~4. Communicating clearly, effectively and with reason;~~

~~5. Considering the environmental, social, and economic impacts of decisions;~~

~~6. Demonstrating creativity and innovation;~~

~~7. Employing valid and reliable research strategies;~~

~~8. Utilizing critical thinking to make sense of problems and persevere in solving them;~~

~~9. Modeling integrity, ethical leadership, and effective management;~~

~~10. Planning education and career path aligned to personal goals;~~

~~11. Using technology to enhance productivity; and~~

~~12. Working productively in teams while using cultural and global competence;~~

~~c. Math, English language arts, and science, consistent with RSA 193-C:3, III;~~

~~d. Occupation-specific skills that provide the individual student with the ability to be college and career ready and able to adapt to the changing demands of the workplace; and~~

~~e. Supportive capacity for students with disabilities whose IEP teams have determined that even with accommodations the student is unable to meet licensure or certification requirements;~~

~~(7) Offers approved CTE programs in a safe environment for students that:~~

~~a. Meet safety standards established by national associations and adopted as administrative rules by New Hampshire licensing boards for that career;~~

~~b. Do not exceed 24 students in each laboratory class; and~~

~~c. Comply with all state and federal child labor laws;~~

~~(8) Coordinates with postsecondary or apprenticeship programs, or both; and~~

~~(9) Coordinates with business and industry-based programs.~~

~~(c) Receiving districts shall collaborate with various CTE stakeholders, including, but not limited to:~~

~~(1) Business and industry, including, but not limited to:~~

~~a. Regional advisory committee participation;~~

~~b. Program advisory committee participation;~~

~~c.  Core competency development and review;~~

~~d.  National industry standards adherence; and~~

~~e.  State industry economic initiatives and labor demands;~~

~~(2)  Postsecondary institutions;~~

~~(3)  Specific program area state governing boards, including, but not limited to, the:~~

~~a.  State board of nursing;~~

~~b.  State board of cosmetology;~~

~~c.  Mechanical licensing board previously known as the plumbing safety and licensing board;~~

~~d.  New Hampshire electricians board;~~

~~e.  State apprenticeship advisory council;~~

~~f.  National automotive technicians education foundation;~~

~~g.  Bureau of emergency medical services; and~~

~~h.  NH fire standards and training commission;~~

~~(4)  State department of labor;~~

~~(5)  U.S. office of vocational and adult education;~~

~~(6)  U.S. office for civil rights; and~~

~~(7)  Other such governing bodies as are identified by the department.~~

~~(d)  Each regional CTE center shall establish and provide a comprehensive, sequentially designed curriculum, providing instruction that supports the achievement of the statewide CTE core competencies offered at that regional CTE center.~~

~~(e)  For each CTE program within each regional CTE center, the center shall provide for the ongoing, authentic assessment of competencies aligned with the requirements of (b)(2) above.~~

~~(f)  Each CTE center shall report the academic performance of each student on a regular basis as follows:~~

~~(1)  Distribute a summary of individual student performance to parents at least 3 times each year;~~

~~(2)  Provide an opportunity for parents to meet individually with their student's teachers about their student's performance at least once during the school year; and~~

~~(3)  Report aggregate data to all sending schools regarding student performance disaggregated by each career and technical education program.~~

~~(g)  For the CTE programs at all regional CTE centers, centers shall demonstrate how school and student assessment data are used to evaluate, develop, and improve curriculum, instruction, and assessment.~~

**Repeal Ed 306.35, effective 3-27-14 (Document #10556), as follows:**

~~Ed 306.35  Career Education Program.~~

~~(a)  Pursuant to Ed 306.26 and Ed 306.27, the local school board shall require that a comprehensive career education program provides for the infusion of developmentally appropriate knowledge and skill development throughout all areas of the K-12 curriculum, in accordance with RSA 193-C:3, III.~~

~~(b)  At all grade levels, this comprehensive career education program shall include opportunities for students to:~~

~~(1)  Develop self-knowledge, self-confidence, and self-awareness in defining and refining life and work roles; and~~

~~(2)  Become familiar with the skills and knowledge essential for making individual career and educational decisions.~~

~~(c)  At the middle and high school level, this program shall include systematic instruction and activities designed to enable students to:~~

~~(1)  Develop basic knowledge, attitudes, and competencies that promote success on the job;~~

~~(2)  Collect and evaluate data related to current and emerging employment opportunities;~~

~~(3)  Use available resources in planning and decision making regarding educational and career objectives;~~

~~(4)  Understand the wide variety and interrelatedness of occupations; and~~

~~(5)  Develop career interests and an awareness of the training and skills required for success.~~

**Readopt with amendment and renumber Ed 306.37, effective 1-8-16 (Document #11020), as Ed 306.29 to read as follows:**

Ed 306.29  <u>English, Language Arts, and Reading Program</u>.

(a)  The local school board shall ensure a developmentally appropriate English language arts and reading program in each school, consistent with local competencies and curriculum pursuant to Ed 306.21 and Ed 306.22.

(b)  School districts shall develop competencies and curriculum that may be aligned to "Common Core Standards for English Language Arts," 2010 edition as referenced in Appendix II, and adopted by the state board, but shall not be required to use these standards pursuant to RSA 193-E:2-1, IV(b).

(c)  If the local school board chooses not to use the standards in (b) above, the local school board shall determine, approve, and implement alternative academic standards consistent with Ed 306.26(j).

(d)  School districts shall adhere to assessment practices consistent with Ed 306.19.

**Repeal Ed 306.38, effective 3-27-14 (Document #10556), as follows:**

~~Ed 306.35  Family and Consumer Science Education Curriculum.~~

~~(a)  The local school board shall provide a family and consumer science education curriculum in each middle school consistent with competencies determined pursuant to Ed 306.20 and Ed 306.21.~~

~~(b)  The curriculum may include planned learning strategies and opportunities to prepare independent, educated consumers that are literate in life skills that provide:~~
~~students with teaching and instructional practice that:~~

~~(1)  Prepare students for college, career, and citizenship;~~

~~(2)  Promote optimal nutrition education that supports district wellness policies;~~

~~(3)  Use critical and creative thinking skills to promote problem solving in diverse family, community, and work environments;~~

~~(4)  Demonstrate creative thinking, constructs knowledge, and develops innovative products and processes using technology;~~

~~(5) Use critical thinking skills to plan and conduct research, manage projects, solve problems, and make informed decisions;~~

~~(6)  Supports literacy in math, language arts, and science; and~~

~~(7)  Manage the challenges of living and working in a diverse global society;~~

~~(c)  The local school board shall provide a family and consumer science education curriculum at each high school consistent with competencies determined pursuant to Ed 306.21, which may include~~

~~planned learning strategies and opportunities that:~~

~~(1)  Enable students to develop an awareness of career opportunities and to function as leaders in family, community, and work settings; and~~

~~(2)  Provide students with knowledge and experience in the following areas of:~~

~~a.  Foods and nutrition;~~

~~b.  Human growth and development;~~

~~c.  Consumer and resource management; and~~

~~d.  Textiles and design.~~

~~(d)  Each district shall establish and provide a comprehensive, sequentially designed, family and consumer science curriculum that will meet the minimum standards for college and career readiness and that provide for continued growth in all content areas consistent with RSA 193-C:3, III.~~

~~(e)  For family and consumer science programs, schools shall provide for the ongoing, authentic assessment of student learning outcomes through multiple formative and summative assessment instruments that are aligned with the state and district content and performance standards.~~

**Readopt with amendment and renumber Ed 306.39, effective 3-27-14 (Document #10556) as Ed 306.30 to read as follows:**

Ed 306.30  School Counseling Program.

(a)  No less frequently than biennially, the local school board shall approve a comprehensive and developmentally appropriate K-12 school counseling program and implementation plan for each school, consistent with the requirements of this section.

(b) The school counseling program shall include a comprehensive sequence of learning opportunities designed to promote each student's development of work-study practices in academic development, career development, and personal and social development by means of the following components:

(1) A school counseling core curriculum designed to help students attain the desired work-study practices and to provide all students with the knowledge, attitudes, and skills appropriate to their developmental level, including prevention and intervention activities;

(2) The school counseling core curriculum shall be delivered throughout the school's overall curriculum and be systematically presented by school counselors in collaboration with other professional educators in classroom and group activities;

(3) Individual student planning that is coordinated and systematic including activities designed to assist students in establishing personal goals, developing future plans, and attaining college and career-ready, work-study practices;

(4) Responsive services to meet students' immediate needs and concerns and counselor teaming in crisis response;

(5) School counseling program management including data-driven decision-making reflective of the student's needs;

(6) Consultation and collaboration with parents, teachers, other educators, and community organizations; and

(7) Policies and procedures for the referral of students for additional assistance.

(c) The superintendent or their designee shall submit a summary report of student performance in achievement, attendance, and behavior to the local school board at least once a year.

(d) The staff requirements for a school's counseling program shall be as set forth in Ed 306.12(c).

**Readopt with amendment and renumber Ed 306.40 - Ed 306.43, effective 1-8-16 (Document #11020), amended effective 8-9-19 (Document #12845), as Ed 306.31 - Ed 306.34 to read as follows:**

Ed 306.31  Health and Wellness Education Program.

(a) The local school board shall ensure a developmentally appropriate health and wellness education program for each school consistent with local competencies and curriculum pursuant to Ed 306.21 and Ed 306.22.

(b) Each school's health and wellness education program shall have competencies and curriculum aligned to "Health Education Curriculum Guidelines," 2003 edition, as referenced in Appendix II.

(c) School districts shall adhere to assessment practices consistent with Ed 306.19.

Ed 306.32  Physical Education Program.

(a) The local school board shall ensure a developmentally appropriate physical education program at each school consistent with local competencies and curriculum pursuant to Ed 306.21 and Ed 306.22.

(b) Each school's physical education program shall have competencies and curriculum aligned to "K-12 Physical Education Curriculum Guideline," 2005 edition, as referenced in Appendix II.

(c) School districts shall adhere to assessment practices consistent with Ed 306.19.

Ed 306.33  Digital Literacy Program.

(a)  The local school board shall ensure a developmentally appropriate and integrated approach to the use of digital tools within all curriculum content areas through the adoption of a digital literacy program that provides opportunities for students to use diverse technology tools and media to:

(1)  Build new knowledge by inquiring, thinking critically, identifying, and solving problems;

(2)  Communicate clearly and creatively;

(3)  Work effectively with others in ways that are safe, legal, and ethical; and

(4)  Locate and critically assess digital content to construct knowledge, produce creative artifacts, and make meaningful learning experiences for themselves and others.

(b) The local school board shall provide digital literacy learning opportunities required for graduation, as outlined in Table 306-1 or Table 306-2, as applicable.

(c)  The digital literacy credit requirement may be earned through the creation of a digital portfolio which shall demonstrate the items enumerated in (a) above and incorporate the use of common technology tools and resources.

Ed 306.34  Mathematics Program.

(a)  The local school board shall ensure a developmentally appropriate mathematics program at each school consistent with local competencies and curriculum pursuant to Ed 306.21 and Ed 306.22.

(b)  School districts shall develop competencies and curriculum which may be aligned with "Common Core Standards for Mathematics," 2010 edition as referenced in Appendix II, and adopted by the state board, but shall not be required to use these standards pursuant to RSA 193-E:2-a, IV(b).

(c)  If  the local school board chooses not to use the standards in (b) above, the local school board shall determine, approve, and implement alternative academic standards consistent with Ed 306.26(j).

(d)  School districts shall adhere to assessment practices consistent with Ed 306.19.

**Readopt with amendment and renumber Ed 306.44, effective 8-9-19 (Document #12845) as Ed 306.35 to read as follows:**

Ed 306.35 Computer Science Program.

(a)  The local school board shall ensure a developmentally appropriate computer science education program at each school consistent with local competencies and curriculum pursuant to Ed 306.21 and Ed 306.22.

(b)  Each school's computer science program shall have competencies and curriculum aligned to "New Hampshire Computer Science Standards," 2018 edition, as referenced in Appendix II.

(c)  School districts shall adhere to assessment practices consistent with Ed 306.19.

**Readopt with amendment and renumber Ed 306.45, effective 1-8-16 (Document #11020) and amended effective 8-9-19 (Document #12845), as Ed 306.36 to read as follows:**

Ed 306.36  Science Education Program.

    (a)  The local school board shall ensure a developmentally appropriate science education program for each school consistent with  local competencies and curriculum pursuant to Ed 306.21 and Ed 306.22.

    (b)  Each school's science program shall have competencies and curriculum aligned with "Next Generation Science Standards," 2017 edition, as referenced in Appendix II.

    (c)  School districts shall adhere to assessment practices consistent with Ed 306.19.

**Readopt with amendment and renumber Ed 306.46, effective 6-10-22 (Document #13394), as Ed 306.37 to read as follows:**

    Ed 306.37  Social Studies Program.

    (a)  The local school board shall ensure a developmentally appropriate social studies program for each school consistent with local competencies and curriculum pursuant to Ed 306.21 and Ed 306.22.

    (b)  Each school's social studies program shall have competencies and curriculum aligned with "K-12 Social Studies Curriculum Framework," 2006 edition, as referenced in Appendix II.

    (c)  The local school board shall provide a Holocaust and genocide curriculum in each school grade, to begin no later than 8th grade, which shall include:

        (1)  Integrated, developmentally appropriate instruction in Holocaust and genocide education as described in RSA 193-E:3-a, II-a. through II-c. including:

        a.  An understanding of the terms "genocide" and "Holocaust", as defined by RSA 193-E:3-a, II-a. and II-b.;

        b.  An understanding of:

            1.  The difference between events that constitute genocide and other types of mass atrocities including, but not limited to, crimes against humanity, war crimes, and ethnic cleansing;

            2.  Genocides recognized by the determinations of lawfully constituted courts including, but not limited to, the International Criminal Tribunal for Rwanda (ICTR), the International Criminal Tribunal for the former Yugoslavia (ICTY), and the International Court of Justice (ICJ);

            3.  Instances of mass atrocities where application of the term genocide is contested including, but not limited to, Dekulakization, the Ukrainian terror-famine, the Great Terror, Khmer Rouge atrocities other than those directed at Cham Muslims and the ethnic Vietnamese minority, and the Native American experience during colonization;

            4.  Ongoing events that may constitute crimes against humanity, war crimes, ethnic cleansing, or genocide; and

            5.  Instances where the US government has made public statements that genocide has occurred, including, but not limited to, Armenia, Bosnia, Rwanda, Iraq, Darfur, ISIS-controlled areas, and the Uyghurs;

        c.  Historical facts about the causes and events of the Holocaust and other genocides; and

    d. How and why political repression, intolerance, bigotry, antisemitism, and national, ethnic, racial, or religious hatred and discrimination have, in the past, evolved into genocide and mass violence;

  (2) Opportunities for students to develop a knowledge and understanding of the impact of political repression, intolerance, and bigotry through developmentally appropriate activities that include concrete experiences and interactions with, but not limited to, primary documents, witness testimony, historical documents, and mixed media; and

  (3) Instruction and activities designed to enable students to:

    a. Analyze and understand that democratic institutions and values are not automatically sustained, but need active civic responsibility and engagement;

    b. Identify and evaluate how political repression, intolerance, bigotry, antisemitism, and national, ethnic, racial, or religious hatred and discrimination can evolve into genocide and mass violence, such as the Holocaust, and how to prevent the evolution of such practices; and

    c. Identify and evaluate the power of individual choices in preventing political repression, intolerance, bigotry, antisemitism, and national, ethnic, racial, or religious hatred.

 (d) Each district shall incorporate instruction in Holocaust and genocide education into at least one existing social studies, world history, global studies, or US history course required as a condition of high school graduation for all students.

 (e) School districts shall adhere to assessment practices consistent with Ed 306.19.

**Readopt with amendment and renumber Ed 306.47 and Ed 306.48, effective 1-18-16 (Document #11020) as Ed 306.38 and Ed 306.39, to read as follows:**

 Ed 306.38 <u>Technology and Engineering Education Program</u>.

 (a) The local school board shall ensure a developmentally appropriate technology and engineering education program in each middle school consistent with local competencies and curriculum pursuant to Ed 306.21.

 (b) The local school board shall ensure a developmentally appropriate technology and engineering education program for each high school consistent with local competencies and curriculum pursuant to Ed 306.22.

 (c) Each district shall establish and provide a comprehensive, sequentially designed technology and engineering education curriculum consistent with RSA 193-E:1 which includes opportunities for students to demonstrate and achieve competencies in content areas the district chooses to offer as follows:

  (1) In general engineering technology:

    a. Effectively apply good work practices and communication skills necessary to a traditional engineering work environment;

    b. Understand different engineering disciplines, their applications, and the professional and educational requirements necessary for their pursuit;

    c. Apply observational and analytical skills to the engineering design process;

      d. Understand the application or design for industry with understanding of how it is used in manufacturing solutions; and

      e. Demonstrate the practical application of design elements, principles, and technology in the development of engineered solutions;

(2) In biotechnology:

      a. Apply ethical standards and practices throughout the scientific process;

      b. Identify and explain core biology concepts;

      c. Effectively demonstrate proper laboratory practices;

      d. Identify and explain core molecular biology concepts including the Central Dogma;

      e. Use proper methodology while utilizing biochemical techniques based on current industry standards; and

      f. Apply observational and analytical skills while employing chemical principles and using current analytical techniques;

(3) In manufacturing technology:

      a. The principles and practices specific to workplace manufacturing processes to continuously improve and meet the needs of a manufacturing organization and its customers;

      b. The methodologies used to interpret, create, and prototype by using blueprints, drawings, and new technologies including but not limited to 3D printing, laser cutting, solid modeling, and augmented reality and virtual reality (AR/VR);

      c. Identify automation resources such as smart manufacturing, robotics, automation, and pneumatics and hydraulic systems found within the industry and their impact to manufacturing;

      d. The tools and techniques associated with the quality control, processes, and standards associated with the manufacturing industry;

      e. The methodologies and practices associated with pre-programmed software within industry, and apply those processes in a manufacturing environment; and

      f. Lean philosophies to positively impact the manufacturing process and environment;

(4) In information technology:

      a. Create meaningful and efficient programs including choosing which information to use and how to process and store it, breaking apart large problems into smaller ones, recombining existing solutions, and analyzing different solutions;

      b. Apply networking concepts using various models to implement protocols and standards when moving data;

      c. Design systems with working switching and routing packets to ensure data flows to the correct destination and data traffic flows through the internet effectively;

       d.  Synthesize concepts, practices, and processes of data collection, resource management, and techniques to different types of data to discover useful information that can communicate storytelling and to inform decision-making; and

       e.  Detect, prevent, and mitigate threats to secure a computing system or network in an ethical manner and in accordance with international, federal, state, and local cyber laws and regulations; and

  (5)  In drafting and design technology:

       a.  Demonstrate and apply the principles and practices specific to creating and setting up proper technical drawings;

       b.  Demonstrate and apply the tools and techniques associate with the use of computer-aided design and drafting (CADD) software to create technical drawings and prototypes; and

       c.  Demonstrate and apply the tools and techniques used to create protypes and working models and presentations through use of computer software, in-person presentation, digital presentations, and new technologies including but not limited to 3D printing, laser cutting, and solid modeling.

(d)  School districts shall adhere to assessment practices consistent with Ed 306.19.

Ed 306.39  <u>World Languages Program</u>.

(a) Pursuant to Ed 306.21, the local school board may provide instruction in one or more world languages in an elementary school. The extent of this instruction and the students to whom it is offered shall be determined by local school board policy, pursuant to Ed 306.04(b)(21)f.

(b) Pursuant to Ed 306.21, the local school board may provide instruction in one or more world languages in a middle school, pursuant to Ed 306.04(b)(21)f.

(c) The local school board shall ensure a world language program in each high school consistent with local competencies and curriculum pursuant to Ed 306.22.

(d) Each high school's world language program shall have competencies and curriculum aligned to "New Hampshire Guidelines for World-Ready Language Learning," 2018 edition, as referenced in Appendix II.

(e) School districts shall adhere to assessment practices consistent with Ed 306.19.

(f) American Sign Language (ASL) shall qualify as a world language for purposes of this section and Ed 306.22.

**Repeal Ed 306.49, effective 6-10-22, (Document #13394) as follows:**

~~Ed 306.46  Holocaust and Genocide Curriculum.~~

~~(a)  The local school board shall provide a Holocaust and genocide curriculum in each school grade, to begin no later than 8th grade, which may include:~~

  ~~(1)  Integrated, developmentally appropriate instruction in Holocaust and genocide education as described in RSA 193-E:3-a, II-a. through II-c. including:~~

~~a.  An understanding of the terms "genocide" and "Holocaust", as defined by RSA 193-E:3-a, II-a. and II-b.;~~

~~b.  An understanding of:~~

~~1.  The difference between events that constitute genocide and other types of mass atrocities including, but not limited to, crimes against humanity, war crimes, and ethnic cleansing;~~

~~2.  Genocides recognized by the determinations of lawfully constituted courts including, but not limited to, the International Criminal Tribunal for Rwanda (ICTR), the International Criminal Tribunal for the former Yugoslavia (ICTY), and the International Court of Justice (ICJ);~~

~~3.  Instances of mass atrocities where application of the term genocide is contested including, but not limited to, Dekulakization, the Ukrainian terror-famine, the Great Terror, Khmer Rouge atrocities other than those directed at Cham Muslims and the ethnic Vietnamese minority, and the Native American experience during colonization;~~

~~4.  Ongoing events that may constitute crimes against humanity, war crimes, ethnic cleansing, or genocide; and~~

~~5.  Instances where the US government has made public statements that genocide has occurred, including, but not limited to, Armenia, Bosnia, Rwanda, Iraq, Darfur, ISIS-controlled areas, and Uighurs;~~

~~c.  Historical facts about the causes and events of the Holocaust and other genocides; and~~

~~d.  How and why political repression, intolerance, bigotry, antisemitism, and national, ethnic, racial, or religious hatred and discrimination have, in the past, evolved into genocide and mass violence;~~

~~(2)  Opportunities for students to develop a knowledge and understanding of the impact of political repression, intolerance, and bigotry through developmentally appropriate activities that include concrete experiences and interactions with, but not limited to, primary documents, witness testimony, historical documents, and mixed media; and~~

~~(3)  Instruction and activities designed to enable students to:~~

~~a.  Analyze and understand that democratic institutions and values are not automatically sustained, but need active civic responsibility and engagement;~~

~~b.  Identify and evaluate how political repression, intolerance, bigotry, antisemitism, and national, ethnic, racial, or religious hatred and discrimination can evolve into genocide and mass violence, such as the Holocaust, and how to prevent the evolution of such practices; and~~

~~c.  Identify and evaluate the power of individual choices in preventing political repression, intolerance, bigotry, antisemitism, and national, ethnic, racial, or religious hatred.~~

~~(b)  Each district shall incorporate instruction in Holocaust and genocide education into at least one existing social studies, world history, global studies, or US history course required as a condition of high school graduation for all students.~~

## Appendix I

| Rule | State or Federal Statute or Federal Regulation Implemented |
|---|---|
| Ed 306.27 | RSA 193-E:2, V; RSA 193-E:2-a, I(a)(5); RSA 193-E:2-a, V.(a) |
| Ed 306.28 | RSA 189:10, III; RSA 193-E:2, VII; RSA 193-E:2-a, (9)-(11) |
| Ed 306.34 (repealed) | RSA 188-E:5; RSA 193-E:2, VII |
| Ed 306.35 (repealed) | RSA 193-E:2, VII |
| Ed 306.29 | RSA 193-E:2. I; RSA 193-E:2, V; RSA 193-E:2-a, I(a)(1) |
| Ed 306.38 (repealed) | RSA 189:10, II; RSA 193-E:2, VI-VII; RSA 193-E:2-a, I(a)(7) |
| Ed 306.30 | RSA 189:49, IV |
| Ed 306.31 | RSA 189:10, II; RSA 193-E:2-a, I(a)(7)-(8) |
| Ed 306.32 | RSA 189:10, II; RSA 193-E:2-a, I(a)(7)-(8) |
| Ed 306.33 | RSA 193-E:2-a, I(b)(1) |
| Ed 306.34 | RSA 193-E:2, II; RSA 193-E:2-a, I(a)(2) |
| Ed 306.35 | RSA 193-E:2-a, I(a)(11) |
| Ed 306.36 | RSA 193-E:2, III; RSA 193-E:2-a, I(a)(3) |
| Ed 306.37 | RSA 189:11; RSA 193-E, IV; RSA 193-E:2-a, I(a)(4) |
| Ed 306.38 | RSA 193-E:2-a, I(a)(9) |
| Ed 306.39 | RSA 193-E:2-a, I(a)(6) |
| Ed 306.49 (repealed) | RSA 193-E:2, IV; RSA 193-E:2-a, I(a)(4) |

## Appendix II

| Rule | Title | Obtain At |
|---|---|---|
| Ed 306.27(b) | K-12 Curriculum Framework For the Arts, 2001 | https://www.education.nh.gov/sites/g/files/ehbemt326/files/inline-documents/sonh/nh-arts-framework.pdf<br>No Cost |
| Ed 306.29(b) | Common Core State Standards for English Language Arts, 2010 | https://www.education.nh.gov/sites/g/files/ehbemt326/files/inline-documents/standards-ela.pdf<br>No cost |
| Ed 306.31(b) | Health Education Curriculum Guidelines, 2003 | https://www.education.nh.gov/sites/g/files/ehbemt326/files/inline-documents/2020/standards-health.pdf<br>No Cost. |
| Ed 306.32(b) | New Hampshire K-12 Physical Education Curriculum Guidelines, 2005 | https://www.education.nh.gov/sites/g/files/ehbemt326/files/inline-documents/standards-pe.pdf<br>No Cost. |

| | | |
|---|---|---|
| Ed 306.34(b) | Common Core State Standards for Mathematics, 2010 | https://www.education.nh.gov/sites/g/files/ehbemt326/files/inline-documents/standards-math.pdf<br>No Cost. |
| Ed 306.35(b) | New Hampshire Computer Science Standards, 2018 | Part 1:<br>https://www.education.nh.gov/sites/g/files/ehbemt326/files/inline-documents/standards-cs1.pdf<br>Part 2:<br>https://www.education.nh.gov/sites/g/files/ehbemt326/files/inline-documents/sonh/standards-part2.pdf<br>No Cost. |
| Ed 306.36(b) | Next Generation Science Standards, 2017 | https://www.education.nh.gov/sites/g/files/ehbemt326/files/inline-documents/standards-science.pdf<br>No Cost. |
| Ed 306.37(b) | K-12 Social Studies New Hampshire Curriculum Framework, 2006 | https://www.education.nh.gov/sites/g/files/ehbemt326/files/inline-documents/standards-socialstudies-framework.pdf?2<br>No Cost. |
| Ed 306.39(d) | New Hampshire Guidelines for World-Ready Language Learning, 2018 | https://www.education.nh.gov/sites/g/files/ehbemt326/files/inline-documents/standards-worldlanguages.pdf<br>No Cost. |