Approved

# Kearsarge Regional School Board
29 August 2024
**Open to Public**

| | |
|---|---|
| **I. Call to Order** | The Chair called the meeting to order at 6:31 p.m. |
| **II. Pledge of Allegiance** | Ms. Schultz led the Pledge of Allegiance. |
| **III. Roll Call** | Present: Alison Mastin, Emma Bates, Art Bobruff, Eric Gregoire, David Keith, Kyle Lombard, and Kristen Schultz.<br><br>KREA representative Catharine Hyson<br>Student representatives Owen Blood and Leah Stone<br><br>Absent: Ben Cushing, Patrick McGowan |
| **IV. Public Comment** | Due to the inordinately large number of audience members, instead of having two 15-minute public sessions later in the meeting, one longer 30-minute public comment session was put as the first order of business on the agenda. Ms. Mastin informed the audience members of the rules of order, to include: raise your hand to make your public comment; state your name and the town in which you reside—anonymous commentary will not be accepted; leave written comments with the clerk; do not speak derogatorily about anyone or anything; keep your comment to three minutes or less; and be aware that public comment is just that—it is *not* a two-way discussion with the board members.<br><ul><li>Derek Arnold (alongside Monica Holm) of Derry, NH spoke on behalf of a small cohort of self-described sovereign citizens who have traveled to various school-board meetings across the state in an effort to keep children safe. Their mission is to make it known that elected officials and members of the government have been put on notice for treason due to alleged criminal activity.</li><li>Maëlle Jacques of Newbury, NH spoke on her own behalf about how House Bill (HB) 1205 has essentially upended her life. She cited the many benefits the sport of soccer has had for her personally since she started playing at age three, including the ability to socialize, feel a sense of belonging as part of a team, and improve her mental and physical health. She implored the board to reconsider their previous decision by making what she considers to be "the right choice."</li><li>Linda Tanner, state representative for Springfield and Sunapee, spoke in support of Maëlle's desire to continue on her current team. She noted that targeting her and denying her the ability to play on the girls' soccer team is discriminatory in nature, undermines her access to equal-educational opportunities, and contradicts the school district's founding values of inclusivity, equality, and fairness as a student-centered district.</li><li>Sara Tirrell of Plymouth, NH spoke in support of transgender girls playing on female sports teams as the mother of a transgender girl whose school district has gone out of its way to be inclusive to her daughter, embracing her as part of the community. While she understands it is difficult for the district to craft policies with a constantly shifting goalpost, she noted that the acceptance her daughter has felt by being embraced by her team has been instrumental to her overall well-being, and she hope the same can be done for other transgender girls across the state.</li><li>Michelle Cilley Foisy of Temple, NH also spoke in support of Maëlle, stating that her own love of the sport of soccer inspired her to become a physical therapist. As such, her entire professional career is dedicated to helping those with sports injuries. In her experience as a physical therapist, the notion that allowing biological males to play on female sports teams runs a higher risk of serious injury is unfounded. She said that injuries are comparable across the board among athletes and that the thought that allowing</li></ul> |

- transgender athletes to play on the team with which they identify poses an increased safety risk is rooted more in fear of the unknown as we navigate a new "norm."
- Christine Arsnow of New London, NH spoke as a pediatrician, vice president of the American Academy of Pediatrics NH chapter, and mother of three girls. She noted that suicidality among trans youth decrease when they are supported in the gender with which they identify. She voiced a desire to be part of a more welcoming community for trans kids, who are already a more vulnerable population. Sports offer the proven benefit of better mental, physical, and emotional health of all students, not just the trans population. She fears that excluding trans kids from sports not only sets a bad example for our youth in the community that alienation is acceptable, but also puts trans kids at a higher risk for potential mental-health crises.
- Tara Mahedy of Sutton, NH also noted a desire to be part of a more welcoming community. She has personally worked with Maëlle and finds her to be a loved and cherished member of the community who deserves the right to play. She said that no kid should be subjected to this type of scrutiny and exclusion.
- Stephen Scaer of Nashua, NH spoke about the need to protect girls' sports from what he deems harmful ideology and experimental medicine. He said that gender constructs are socially created and imposed, so while a boy can have feminine traits and a girl can have masculine ones, this does not mean a human can change sex, regardless of medical intervention. He also noted that physiological differences in most boys such as height, weight, strength, heart and lung capacity give them an unfair disadvantage when playing against biological females.
- Pasha Roberts of Wilmot, NH spoke about the nuances of gender identity and sex and how they have changed since he was in high school. He told the board it was in their power to make a positive, life-changing and empowering memory for Maëlle and others like her today by allowing her to play on the girls' soccer team instead of giving in to the hatred of a few adults by bluntly canceling her from the sport she loves.
- Lauren Cole-Johnson of Newbury, NH spoke about how she, as a high-school educator, has seen that policy sometimes does more harm than good by marginalizing already vulnerable populations even further. She encouraged the board to make a decision that more closely aligns with the mission and vision statement to be "caring and compassionate community members who support each other" and "make positive contributions to the world and value diversity."
- Nancy Biederman of New Boston, NH mentioned that allowing biological males to play on girls' teams is discriminatory in nature because biological girls are being cut in favor of taller, stronger, more muscular trans girls. She cited a recent regional track meet in which a trans girl athlete came in first place, adversely harming the self-esteem of the 2nd-4th place finishers. She urged the school board to follow New Hampshire's non-discrimination laws, which protects biological sex as a class.
- Jen Cross of New London, NH is a teacher in the KRSD and said that as a girl she needs protection from no one and is happy to let others play on any team they desire.
- Greg Sargent of New London, NH spoke as a former school-board member in Manchester and an attorney who formerly represented NH school districts in the early 2000s. As such, he understands the difficult situation that the school-board members have found themselves embroiled in. He noted that HB 1205 violates both the New Hampshire and U.S. Constitutions Equal Protection Acts and violates Title IX policies regarding sex discrimination. He therefore encouraged the board to vote in a more inclusive manner, rejecting the inherent discrimination of HB 1205.
- Beth Scaer of Nashua, NH began to speak but called Maëlle a "tall boy." The chairperson deemed this comment to be in violation of the board's "no derogatory comments" policy, so further commenting was disallowed.
- Winter Trabex of Manchester, NH joined the public commentary via Zoom. She is a transgender woman who voiced a desire that Maëlle be offered the same opportunities that other females in the district are allowed.

| | |
|---|---|
| | - Ann Marie Banfield of Bedford, NH also joined via Zoom. She inquired whether the board had done a full risk assessment and if they were prepared to take full responsibility by covering any costs associated with potential injuries resulting from biological male playing against biological females. She suggested a co-ed team option might be a viable solution. She also noted that New Hampshire is a Dillon's Rule state, and suggested the board might take a step back and wait to see how this house bill plays out in court before enforcing any policies.<br>- Karen Monasky of Goffstown, NH joined via Zoom and supported Ms. Banfield's suggestion of offering co-ed teams. The vast majority of these kids will not go on to play at either a collegiate or professional level, so co-ed rostering should be completely adequate when considering the level of play for most high-school student athletes.<br><br>*Ms. Schultz made the motion to go out of public session. Dr. Bobruff seconded.*<br>*The motion carried 6-0-1 (Ms. Mastin abstained).* |
| V. Non-Public Session | *Mr. Lombard made a motion to enter into non-public session. Bobruff seconded.*<br>*The motion carried 6-0-1 (Ms. Mastin abstained).*<br><br>*The Board entered into non-public under the following:*<br><br>*RSA 91-A: 2I(c) Consultation with legal counsel.*<br><br>*RSA 91: A3, II The Board reserves the right to enter into "nonpublic" at any given time during the meeting.*<br><br>*91-A: 3II (c) Matters which, if discussed in public, would likely affect adversely the reputation of any person, other than a member of the body or agency itself, unless such person requests an open meeting.*<br><br>Present: Emma Bates, Art Bobruff, Eric Gregoire, David Keith, Kyle Lombard, Alison Mastin, and Kristen Schultz.<br><br>Absent: Ben Cushing, Patrick McGowan<br><br>- The board discussed an issue with a current contractor.<br>- The board discussed a legal issue. |
| VI. Out of Non-Public Session | *Mr. Keith made a motion to come out of non-public session. Ms. Bates seconded.*<br>*The motion carried 6-0-1 (Ms. Mastin abstained).*<br><br>*Mr. Lombard made a motion to seal the minutes from non-public session, part A, for a period of 30 years. Mr. Keith seconded. The motion carried 6-0-1 (Ms. Mastin abstained).*<br><br>*Mr. Gregoire made a motion to direct the superintendent to pursue legal action pursuant to the recovery of potential damages as reviewed in non-public session, part A.*<br>*Dr. Bobruff seconded. The motion carried 6-0-1 (Ms. Mastin abstained).*<br><br>*Ms. Bates made a motion to reconsider the vote from the last board meeting relating to Title IX vs HB 1205 adherence. Dr. Bobruff seconded. The motion carried 4-1-2 (Ms. Mastin and Mr. Keith abstained).*<br><br>*Ms. Bates made a motion to direct the superintendent to follow Title IX RSA 354-A as well as NHIAA guidelines for the purposes of re-rostering student athletes. Dr. Bobruff seconded. The motion carried 5-1-1 (Ms. Mastin abstained).* |

Approved

| | |
|---|---|
| **VI. Approval of Minutes** | *Dr. Bobruff made the motion to approve the minutes of 15 August 2024, as written.*<br>*Ms. Bates seconded.  The motion carried 6-0-1 (Ms. Mastin abstained).* |
| **VII. Reports of Administration** | *Chair Report – Alison Mastin:  No official report.*<br><br>*Superintendent John Fortney's Report:*<br>• The word of the year is TRUST. With the transition of the new leadership team, they want to ensure that the school district works together to earn the community's trust.<br>• He and Assistant Superintendent Bessette were able to travel to all the schools on the first day of school.<br>• Bus timing has had a few kinks given the major change to the schedule, but the issues are being worked through and getting closer to the set arrival times every day. He thanked the public for their patience during these growing pains.<br><br>*Assistant Superintendent Michael Bessette's Report:*<br>• He noted that on their visits to all the schools on the first day that the facilities were all impeccable. He wanted to thank the facilities crew as well as the educators for their hard work in maintaining the buildings.<br>• The state of New Hampshire has contracted to bring Conmigo software to the district with the help of Technology Director Barbra Turner. Technology Integrator Laurie Prewandowski and Digital Learning Specialist Wendy Corbyn will help integrate this AI technology into the district to support teachers in their lesson and unit planning to help them work smarter, not harder.<br>• Kristen Jacobsen provided training to the middle and high school on executive functioning. She encouraged teachers to rethink how they conduct classes, organize materials, and prepare students to think about long-term projects as the students move up in higher education and/or into the professional world.<br><br>*Business Administrator's Report: Larry LeBoeuf reporting*<br><br>• Mr. LeBoeuf made a request for approval for the Encumbrances.<br><br>  The following is a summary of Encumbrances by fund:<br><br>  Fund 100: $1,034,833.18<br>  Fund 200: $275,163.85<br>  Fund 210: $41,975.00<br>  Fund 400: $61,654.60<br>  Total: $1,414,626.63<br><br>*Mr. Keith made the motion to approve the encumbrances totaling $1,414,626.63.*<br>*Ms. Bates seconded. The motion passed 6-0-1 (Ms. Mastin abstained).*<br><br>• Mr. LeBoeuf also made a request to deposit to the Alex Gissler Memorial Scholarship the amount of $500.<br><br>*Mr. Gregoir made the motion to approve the deposit. Mr. Keith seconded.*<br>*The motion passed 6-0-1 (Ms. Mastin abstained).*<br><br>*KREA Representative Catharine Hyson reporting:*<br>• Rebecca Hemingway and Amanda Leslie are excited about all the Extended Learning Opportunities already up and running in the new school year.  They have a number of repeating group opportunities, such as the LNA program, which partners with RVCC and DHMC at New London Hospital, and the Art of Storytelling, which connects students |

| | |
|---|---|
| | - with residents at Woodcrest Village. They also have many students engaged in individual ELOs, with focuses ranging from Journalism to Project CLIMB to Real Estate.<br>- A teacher at the high school reports that the new phone policy has already had some positive impacts on the teachers and kids.<br>- New London and Sutton 5th Graders will once again lead the community's Patriot Day Ceremony on Wednesday, September 11 at 11:00 at the New London Fire Station. This is the day when we honor the first responders who are always there for us in an emergency. The theme of the observance this year is Trust. Students will interview first responders to learn how they need to trust themselves and each other to do their jobs. Each class will write a brief essay on the theme to share at the event. The public is invited to attend.<br><br>*Student Representative Owen Blood reporting:*<br>- Juniors and seniors have been pleased that the parking pass this year is free of charge.<br>- Student-council members sent out information regarding a website that provides transparency for their organization including meeting minutes, schedules, and attendance records of members.<br>- He welcomed the many new members of the faculty and staff to KRHS.<br>- Ms. Bundy, a beloved now recently retired math teacher, visited students this past week.<br>- The golf team recently played against John Stark and Campbell high schools. While KRHS defeated Campbell, John Stark put up their best performance in years and claimed first place.<br>- He also discussed the new phone policy. Phones are checked into a lockable bin throughout the day so they are not a distraction during classes. While he understands the rationale behind the policy, the biggest drawback is that the phones are locked up during their study halls and flex period. Board members recommended the novel old-world solution of bringing a book to study hall.<br><br>*Student Representative Leah Stone reporting:*<br>- The high school had a very engaging acapella assembly on the first day.<br>- Both girls' and boys' soccer have their first official games tomorrow. |
| **VIII. Old Business** | *Charles Langille, KRHS principal, presented the following purchase recommendation:*<br><br>Following up on a purchase recommendation from the 15 August 2024 meeting wherein Ms. Schultz requested that other bids be presented, he noted the following:<br>- This company has done an exceptional job for the past four years.<br>- Their prices have essentially flatlined; any price increase is due to district requirements.<br>- The cost is well below the budgeted line item.<br>- The company's troubleshooting is extremely efficient, which cannot be guaranteed if the various components that Consider it done carries out were to be subcontracted out to numerous other companies.<br>- Few, if any, other contractors do this sort of work in the area.<br>- Consider it done essentially provides a three-for-the-price-of-one service because this cost also covers the KADP graduation and the separate awards ceremony.<br>- The price also includes livestreaming across the globe.<br><br>Ms. Schultz noted that she did not want a sales pitch for a predetermined vendor, but rather wanted other price points to consider so she can better gauge the associated costs.<br><br>Dr. Bobruff has been to the graduations numerous times and mentioned he thinks they do an excellent job at a fair price. |

|  |  |
|---|---|
|  | Ms. Mastin reiterated that she thinks this company does an excellent job. She encouraged fellow board members to attend the event since it is the one time of year when these seven communities come together in a celebratory way. Historically the facilities and maintenance staff have had to work tirelessly to put on this production, but since those staff members form relationships with the students, it is preferred that they attend, not work, the event.<br><br>Mr. Gregoire also commended the company for its professionalism but also mentioned that many constituents have no vested interest in graduations since their children have long since left the school district. He recommended that future RFPs spell out everything that the costs cover so the community can be better informed.<br><br>*Mr. Keith made a motion to accept Consider it done for 2025 graduation for $46,780. Dr. Bobruff seconded. The motion carried 6-0-1 (Ms. Mastin abstained).* |
| IX. New Business | *Brett Paré, Director of Facilities, presented the following purchase recommendations and funds transfers:*<br><br>A) KRMS Fire-Alarm System Replacement<br><br>- The fire-alarm system at KRMS needs to be replaced to ensure it is up to code. The vendor, Siemens, would supply the system for a total of $124,745.<br><br>*Ms. Bates made a motion to accept Siemens as a vendor to supply KRMS with a new fire-alarm system. Ms. Schultz seconded. The motion passed 6-0-1 (Ms. Mastin abstained).*<br><br>- The above fire-alarm system replacement requires a transfer from Instruction Health HS to Capital Improvements MS in the amount of $125,000.<br><br>*Ms. Schultz made the motion to approve the funds transfer as presented. Mr. Keith seconded. The motion passed 5-0-1 (Ms. Mastin abstained, Mr. Lombard was not present at the time the vote occurred).*<br><br>B) Awning for Middle School<br><br>- The middle school currently has a gravel area with several lunch tables where students eat or hang out. This material is not ideal as gravel and dirt get tracked into the building or eventually wash away. The proposal is to have a 40'x60' concrete pad with awnings for shade installed instead. The vendor, Concord Shade and Awning, was chosen because they can do both engineering and design in house for a total price of $37,700.01. The funding for the concrete was approved at a previous board meeting.<br><br>*Mr. Keith made a motion to accept the purchase recommendation as presented. Ms. Bates seconded. The motion passed 6-0-1 (Ms. Mastin abstained).*<br><br>- The above awning project at the middle school requires a transfer from Maintenance Capital Bradford to Maintenance Capital MS in the amount of $14,000.<br><br>*Ms. Bates made the motion to approve the funds transfer as presented. Mr. Lombard seconded. The motion passed 6-0-1 (Ms. Mastin abstained).*<br><br>C) Snowplow and Tractor Storage<br>- The SAU currently houses the district's snowplow and tractor in a shipping container and needs a better storage option. Mr. Paré chose LaValley Building Supply because they have a quick turn-around time, offer a prefabricated custom building, can install relatively soon, and provide the concrete slab in the price. The total amount for this project is $129,700. |

|  |  |
|---|---|
|  | *Mr. Lombard made a motion to accept the purchase recommendation as presented.*<br>*Mr. Keith seconded. The motion passed 6-0-1 (Ms. Mastin abstained).*<br><br>- The above snowplow and tractor storage project at the SAU requires a funds transfer from Maintenance Building & Grounds HS to Maintenance Capital KLC in the amount of $50,000.<br><br>*Ms. Lombard made the motion to approve the funds transfer as presented.*<br>*Mr. Gregoire seconded. The motion passed 6-0-1 (Ms. Mastin abstained).*<br><br>*Barbra Turner, Director of Technology, presented the following purchase recommendations:*<br><br>**D) SAU Badge Readers**<br><br>- The preschool does not currently have a card reader, and the high school needs two more. This purchase recommendation is sole sourced through One Source Security since they have provided the other card readers within the district. The two at the high school cost $8,871.00 and the three at the SAU/preschool cost $12,024.52 for a total amount of $20,805.52.<br><br>*Dr. Bobruff made a motion to accept the purchase recommendation as presented.*<br>*Mr. Lombard seconded. The motion passed 6-0-1 (Ms. Mastin abstained).*<br><br>**E) Owl Meeting Cameras**<br><br>- Ms. Turner also requested the ability to purchase ten OWL meeting cameras for special education with money from the IDEA Grant. The owl-shaped cameras move toward whomever is talking at the time and broadcast it, which is beneficial to students who may not be able to participate in a typical classroom setting. This purchase recommendation is sole sourced because the units come directly from OWL Labs. The district currently only has two throughout all facilities. The cost per unit is $1,049, for a total of $10,049.<br><br>*Dr. Bobruff made a motion to accept the purchase recommendation as presented.*<br>*Mr. Keith seconded. The motion carried 6-0-1 (Ms. Mastin abstained).*<br><br>*Larry LeBoeuf, Business Administrator, presented the following:*<br><br>**F) Funds Balance Retention**<br><br>- The district is allowed to retain year-end unassigned general funds in an amount not to exceed 2.5% of the current fiscal year's net assessment for the purpose of having funds on hand to use as a revenue source for emergency expenditures and over expenditures, or to be used as a revenue source to reduce the tax rate. This year the amount to retain is $1,058,952. The amount that will be returned to the taxpayers is $2,848,684.<br><br>*Ms. Schultz made a motion to retain $1,058,952. Mr. Gregoire seconded.*<br>*The motion carried 6-0-1 (Ms. Mastin abstained).* |
| **X. School-Board Committees: Facilities Committee** | *Mr. Paré reported the following:*<br>- He first wanted to thank the custodial and grounds staff for all their hard work over the summer.<br>- New London Elementary update: full-building sprinkler installation is halfway done, the flooring in the gateway area and ramp has been replaced with an easier-to-clean material.<br>- KRHS update: full-building interior re-key has been completed, making the building more |

|  |  |
|---|---|
|  | secure; the LED lighting project is likewise complete, making the lights at all facilities within the district entirely LED; the auditorium HVAC replacement is about 90% complete; Siemens has taken over the testing and inspection of all fire-alarm systems across the district and was able to get the high school to 100% compliance.<br>● KRMS update: they have replaced the sump pumps and the wood-chip plant; paving has been completed along the main road and a portion along the back side of the building.<br>● Sutton Central School update: the building of a new office for the principal is near completion.<br>● Simonds school update: some dead trees have been scheduled for removal, art-room flooring has been ordered but not yet installed.<br>● District-wide update: 160 yards of wood chips have been scattered over all playgrounds; multiple inspections of all facilities have been conducted; fire-alarm communicators have all been upgraded to cellular communications, which is more reliable during power loss; and finally, the antiquated paper building-use process system has been upgraded to an online portal. |
| **XI. Adjourn** | *Dr. Bobruff made a motion to adjourn the meeting. Ms. Schultz seconded.*<br>*The motion carried 6-0-1 (Ms. Mastin abstained).*<br>*The meeting adjourned at 9:15 p.m.* |

Respectfully submitted,

Amy Monroe
KRSD Notetaker