# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Parker Tirrell, by her parents and next friends Sara Tirrell and Zachary Tirrell, *and* | |
| Iris Turmelle, by her parents and next friends Amy Manzelli and Chad Turmelle, | |
| Plaintiffs, | |
| v. | Civil Action No. 1:24-cv-00251-LM-TSM |
| Donald J. Trump, *in his official capacity as President of the United States*, | |
| U.S. Department of Justice, | |
| Pamela Bondi, *in her official capacity as Attorney General of the United States*, | |
| U.S. Department of Education, | |
| Denise L. Carter, *in her official capacity as Acting Secretary of the United States Department of Education*, | |
| Frank Edelblut, *in his official capacity as Commissioner of the New Hampshire Department of Education*; | |
| Andrew Cline, Kate Cassady, Ann Lane, Philip Nazzaro, Rajesh Nair, James Fricchione, and James Laboe, *in their official capacities as members of the New Hampshire State Board of Education*; | |
| Pemi-Baker Regional School District; *and* | |
| Pembroke School District, | |
| Defendants. | |

## JOINT MOTION TO STAY

Plaintiffs Parker Tirrell and Iris Turmelle ("Plaintiffs") and Defendants Frank Edelblut,

Andrew Cline, Kate Cassady, Ann Lane, Philip Nazzaro, Rajesh Nair, James Fricchione, James

1

Laboe, Pemi-Baker Regional School District, and Pembroke School District ("State and School Defendants") submit this joint motion in response to the Court's Order that the parties meet and confer regarding an updated scheduling order. The Plaintiffs and State and School Defendants jointly move to stay all deadlines in this case until the new federal defendants added in the Plaintiffs' Second Amended Complaint have filed a responsive pleading and all parties subsequently confer on an updated scheduling order.

As grounds for this Motion, the Parties state the following:

1.  On February 12, 2025, Plaintiffs filed an Unopposed Motion to File a Second Amended Complaint, which this Court granted by its Endorsed Order. *See* ECF No. 94. In its Endorsed Order, this Court ordered that the parties shall meet and confer regarding an updated scheduling order. Plaintiffs filed their Second Amended Complaint on February 12, 2025. ECF No. 95.

2.  The Second Amended Complaint added claims against five new Defendants: Donald J. Trump, in his official capacity as President of the United States, U.S. Department of Justice, Pamela Bondi, in her official capacity as Attorney General of the United States, U.S. Department of Education, and Denise L. Carter, in her official capacity as Acting Secretary of the United States Department of Education (the "Federal Defendants"). Counsel for the various Federal Defendants have not yet appeared.[1]

3.  The Plaintiffs and State and School Defendants request that the Court stay all deadlines in this case until such time as the Federal Defendants file a responsive pleading and the parties confer regarding an updated scheduling order.

---

[1] Because no counsel for any Federal Defendant has appeared, the Plaintiffs and State and School Defendants have not consulted them about this Motion. As a courtesy, Plaintiffs' counsel has provided a copy of this Motion to the Civil Chief of the United States Attorney's Office.

Dated: February 21, 2025

Respectfully submitted,

PARKER TIRRELL, by her parents and next
friends SARA TIRRELL and ZACHARY
TIRRELL,

and

IRIS TURMELLE, by her parents and next friends
AMY MANZELLI and CHAD TURMELLE,

By and through their attorneys,

Kevin J. DeJong (NH Bar No. 17633)
kdejong@goodwinlaw.com

Louis L. Lobel* (MA Bar No. 693292)
llobel@goodwinlaw.com
Elaine H. Blais* (MA Bar No. 656142)
eblais@goodwinlaw.com
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210

Samira Seraji* (CA Bar No. 338979)
sseraji@goodwinlaw.com
GOODWIN PROCTER LLP
601 S. Figueroa Street
Suite 4100
Los Angeles, CA 90017

Ben See* (NY Bar No. 6019202)
bsee@goodwinlaw.com
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018

*Admitted *pro hac vice*.

*/s/ Bennett H. Klein*
Chris Erchull (NH Bar No. 266733)
cerchull@glad.org
Bennett H. Klein* (MA Bar No. 550702)
bklein@glad.org
Jennifer L. Levi* (MA Bar No. 562298)
jlevi@glad.org
Michael Haley (NH Bar No. 270236)
mhaley@glad.org
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont Street, Suite 950
Boston, MA 02108
(617) 426-1350

Gilles Bissonnette (NH Bar No. 265393)
gilles@aclu-nh.org
Henry Klementowicz (NH Bar No. 21177)
henry@aclu-nh.org
AMERICAN CIVIL LIBERTIES UNION OF
NEW HAMPSHIRE FOUNDATION
18 Low Avenue
Concord, NH 03301
(603) 224-5591

DEFENDANTS FRANK EDELBLUT, ANDREW
CLINE, KATE CASSADY, ANN LANE, PHILIP
NAZZARO, RAJESH NAIR, JAMES
FRICCHIONE, and JAMES LABOE

By their attorneys,

3

JOHN M. FORMELLA
ATTORNEY GENERAL

*/s/ Michael P. DeGrandis*
Michael P. DeGrandis, N.H. Bar No. 277332
Assistant Attorney General
Brandon F. Chase, N.H. Bar No. 270844
Assistant Attorney General
New Hampshire Department of Justice
1 Granite Place South
Concord, NH 03301
(603) 271-3650
michael.p.degrandis@doj.nh.gov
brandon.f.chase@doj.nh.gov

PEMI-BAKER REGIONAL SCHOOL DISTRICT

By its attorneys,

*/s/ Diane M. Gorrow*

Diane M. Gorrow, Esq. (NH Bar #4817)
SOULE, LESLIE, KIDDER, SAYWARD &
LOUGHMAN, P.L.L.C.
220 Main Street
Salem, NH 03079
(603) 898-776
Email: gorrow@soulefirm.com

PEMBROKE SCHOOL DISTRICT

By its attorneys,

/s/ Michael G. Eaton
Michael G. Eaton, Esq. (NH Bar #271586)
WADLEIGH STARR & PETERS, PLLC
95 Market Street
Manchester, NH 03101
(603) 206-7292
meaton@wadleighlaw.com

**CERTIFICATE OF SERVICE**

I, Bennett H. Klein, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 21, 2025.

*/s/ Bennett H. Klein*