# EXHIBIT A

**JOHANNES WIDMALM-DELPHONSE**
**BAR AND COURT ADMISSIONS**

| **STATE BARS** | **DATE ADMITTED** |
|---|---|
| State Bar of Minnesota (No. 396303) | October 20, 2014 |
| State Bar of Illinois (No. 6334103) | April 14, 2020 |
| State Bar of Virginia (No. 96040) | September 9, 2020 |

| **STATE COURTS** | **DATE ADMITTED** |
|---|---|
| Illinois Supreme Court | April 14, 2020 |
| Virginia Supreme Court | September 9, 2020 |
| Minnesota Supreme Court | October 20, 2014 |

| **FEDERAL COURTS** | **DATE ADMITTED** |
|---|---|
| U.S. District Court for the District of Colorado | June 25, 2020 |
| U.S. District Court for the Western District of Virginia | February 2, 2021 |
| U.S. District Court for the Eastern District of Virginia | February 2, 2021 |
| U.S. Court of Appeals for the 4th Circuit | April 26, 2021 |
| U.S. Court of Appeals for the 5th Circuit | June 6, 2023 |
| U.S. Court of Appeals for the 9th Circuit | December 21, 2023 |