UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Parker Tirrell**, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>**Frank Edelblut**, et al.<br><br>*Defendants*,<br><br>and<br><br>**Female Athletes United**,<br><br>*Proposed Intervenor-Defendant*. | Civil Case No. 1:24-cv-00251-LM-TSM |

**DECLARATION OF JOHANNES WIDMALM-DELPHONSE IN SUPPORT OF MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE***

In support of my request to appear *pro hac vice* in this matter, I hereby certify as follows:

1. I am an attorney at the law firm of Alliance Defending Freedom, 44180 Riverside Parkway, Lansdowne, Virginia 20176. My email address is jwidmalmdelphonse@adflegal.org and my phone number is (571) 707-4655.

2. I am a member of the bar and eligible to practice in the State of Minnesota (admitted in 2014), Illinois (admitted in 2020), and Virginia (admitted in 2020). I am not currently suspended or disbarred in any jurisdiction.

3. I have never been denied admission to any court, have never been subject to disciplinary action before any court, and have no prior felony or misdemeanor criminal convictions.

1

4. I have not previously had a *pro hac vice* admission to any court revoked for misconduct.

I declare under the penalties of perjury that the foregoing statements made by me are true and accurate.

Executed this 21st day of February, 2025, at Lansdowne, Virginia.

*s/ Johannes Widmalm-Delphonse*
Johannes Widmalm-Delphonse
