## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

**Parker Tirrell**, et al.,

*Plaintiffs,*

v.

**Frank Edelblut**, et al.,

*Defendants,*          Civil Case No. 1:24-cv-00251-LM-TSM

and

**Female Athletes United**,

*Proposed Intervenor-Defendant.*

## [PROPOSED] ORDER GRANTING *PRO HAC VICE* ADMISSION – JOHANNES WIDMALM-DELPHONSE

Before the Court is Proposed Intervenor-Defendant Female Athletes United's motion to admit Johannes Widmalm-Delphonse to appear *pro hac vice* under Local Rule 83.2. After considering the motion,

IT IS HEREBY ORDERED that said motion is GRANTED and Johannes Widmalm-Delphonse is admitted to this Court for the purposes of appearing in the above-referenced case as counsel for Proposed Intervenor-Defendant.

DATED this ___ day of _____, 2025.

_____
Chief Judge Landya B. McCafferty

1