# EXHIBIT A

# JONATHAN A. SCRUGGS
# BAR AND COURT ADMISSIONS

| **STATE BARS** | **DATE ADMITTED** |
|---|---|
| State Bar of Tennessee (No. 25679) | November 13, 2006 |
| State Bar of Arizona (No. 030505) | October 15, 2013 |

| **STATE COURTS** | **DATE ADMITTED** |
|---|---|
| Supreme Court of Tennessee | November 13, 2006 |
| Supreme Court of Arizona | October 15, 2013 |

| **FEDERAL COURTS** | **DATE ADMITTED** |
|---|---|
| U.S. District Court for the Western District of Tennessee | January 29, 2007 |
| U.S. District Court for the Eastern District of Wisconsin | February 8, 2008 |
| U.S. District Court for the Middle District of Tennessee | August 23, 2010 |
| U.S. District Court for the Northern District of New York | May 31, 2011 |
| U.S. District Court for the Western District of Oklahoma | October 28, 2011 |
| U.S. District Court for the Western District of New York | May 3, 2012 |
| U.S. District Court for the District of Arizona | December 4, 2013 |
| U.S. District Court for the District of Colorado | September 15, 2016 |
| U.S. District Court for the Western District of Michigan | May 15, 2017 |
| U.S. District Court for the Eastern District of Michigan | March 8, 2018 |
| U.S. District Court for the Eastern District of Tennessee | July 22, 2021 |
| United States Court of Appeals for the 4th Circuit | April 18, 2007 |
| United States Court of Appeals for the 6th Circuit | May 4, 2007 |
| United States Court of Appeals for the 7th Circuit | May 11, 2007 |
| United States Court of Appeals for the 5th Circuit | April 1, 2009 |
| United States Court of Appeals for the 11th Circuit | December 23, 2009 |
| United States Court of Appeals for the 8th Circuit | May 13, 2011 |
| United States Court of Appeals for the 9th Circuit | June 11, 2012 |
| United States Court of Appeals for the 10th Circuit | June 27, 2012 |
| United States Court of Appeals for the 3rd Circuit | February 21, 2018 |
| United States Court of Appeals for the District of Columbia Circuit | July 13, 2018 |
| United States Court of Appeals for the 2nd Circuit | January 27, 2022 |
| Supreme Court of the United States (Bar No. 301398) | April 3, 2017 |