## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

**Parker Tirrell**, et al.

*Plaintiffs,*

v.

**Frank Edelblut**, et al.

*Defendants,*    Civil Case No. 1:24-cv-00251-LM-TSM

and

**Female Athletes United**,

*Proposed Intervenor-Defendant.*

## DECLARATION OF JONATHAN A. SCRUGGS IN SUPPORT OF MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE*

In support of my request to appear *pro hac vice* in this matter, I hereby certify as follows:

1.      I am an attorney at the law firm of Alliance Defending Freedom, 15100 North 90th Street, Scottsdale, Arizona 85260. My email address is jscruggs@adflegal.org and my phone number is (480) 444-0020.

2.      I am a member of the bar and eligible to practice in the State of Tennessee (admitted in 2006) and Arizona (admitted in 2013). I am not currently suspended or disbarred in any jurisdiction.

3.      I have never been denied admission to any court, have never been subject to disciplinary action before any court, and have no prior felony or misdemeanor criminal convictions.

1

4.    I have not previously had a *pro hac vice* admission to any court revoked for misconduct.

I declare under the penalties of perjury that the foregoing statements made by me are true and accurate.

Executed this 21st day of February, 2025, at Scottsdale, Arizona.

<u>*s/ Jonathan A. Scruggs*</u>
Jonathan A. Scruggs