UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Parker Tirrell**, et al., *Plaintiffs*, v. **Frank Edelblut**, et al., *Defendants,* and **Female Athletes United**, *Proposed Intervenor-Defendant.* | Civil Case No. 1:24-cv-00251-LM-TSM |

**[PROPOSED] ORDER GRANTING *PRO HAC VICE*
ADMISSION – JONATHAN A. SCRUGGS**

Before the Court is Proposed Intervenor-Defendant Female Athletes United's motion to admit Jonathan A. Scruggs to appear *pro hac vice* under Local Rule 83.2. After considering the motion,

IT IS HEREBY ORDERED that said motion is GRANTED and Jonathan A. Scruggs is admitted to this Court for the purposes of appearing in the above-referenced case as counsel for Proposed Intervenor-Defendant.

DATED this ___ day of _____, 2025.

_____
Chief Judge Landya B. McCafferty

1