# EXHIBIT A

## HENRY WILKINS FRAMPTON, IV
## BAR AND COURT ADMISSIONS

**STATE BARS**                                                    **DATE ADMITTED**

State Bar of South Carolina (No. 75314)..............................................................January 30, 2007
State Bar of Nebraska (No. 26662)..................................................................November 15, 2018

**STATE COURTS**                                                 **DATE ADMITTED**

Supreme Court of South Carolina..........................................................................January 30, 2007
Supreme Court of Nebraska...............................................................................November 15, 2018

**FEDERAL COURTS**                                               **DATE ADMITTED**

U.S. District Court for the District of South Carolina ......................................December 24, 2008
U.S. District Court for the District of Nebraska .............................................November 15, 2018
U.S. District Court for the Western District of Michigan.......................................August 5, 2022
U.S. District Court for the Eastern District of Tennessee...................................November 3, 2021

United States Court of Appeals for the 4th Circuit....................................................July 29, 2014
United States Court of Appeals for the 9th Circuit.......................................................July 3, 2017
United States Court of Appeals for the 11th Circuit.....................................................June 6, 2023

Supreme Court of the United States ......................................................................August 26, 2016