# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Parker Tirrell**, et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>**Frank Edelblut**, et al.<br><br>*Defendants,*<br><br>and<br><br>**Female Athletes United**,<br><br>*Proposed Intervenor-Defendant.* | Civil Case No. 1:24-cv-00251-LM-TSM |

## DECLARATION OF HENRY W. FRAMPTON, IV IN SUPPORT OF MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE*

In support of my request to appear *pro hac vice* in this matter, I hereby certify as follows:

1. I am an attorney at the law firm of Alliance Defending Freedom, 15100 North 90th Street, Scottsdale, Arizona, 85260. My email address is hframptone@adflegal.org and my phone number is (480) 444-0020.

2. I am a member of the bar and eligible to practice in the State of South Carolina (admitted in 2007) and Nebraska (admitted in 2018). I am not currently suspended or disbarred in any jurisdiction.

3. I have never been denied admission to any court, have never been subject to disciplinary action before any court, and have no prior felony or misdemeanor criminal convictions.

1

4. I have not previously had a *pro hac vice* admission to any court revoked for misconduct.

I declare under the penalties of perjury that the foregoing statements made by me are true and accurate.

Executed this 21st day of February, 2025, at Charleston, South Carolina.

*s/ Henry W. Frampton, IV*
Henry W. Frampton, IV