# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Parker Tirrell**, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>**Frank Edelblut**, et al.<br><br>*Defendants*,<br><br>and<br><br>**Female Athletes United**,<br><br>*Proposed Intervenor-Defendant.* | Civil Case No. 1:24-cv-00251-LM-TSM |

## MOTION FOR ADMISSION TO APPEAR
## *PRO HAC VICE* – SUZANNE E. BEECHER

In accordance with Local Rule 83.2, the undersigned moves for the admission *pro hac vice* of Suzanne E. Beecher of the law firm of Alliance Defending Freedom, for purposes of appearing as co-counsel on behalf of Proposed Intervenor-Defendant in the above-referenced case only.

    1.    Suzanne E. Beecher is a member in good standing of the Bar of California.

    2.    Suzanne E. Beecher is licensed to practice law in the State of California and her bar/court admissions list is attached as Exhibit A.

    3.    Suzanne E. Beecher has no prior disciplinary history with any court, state, territory or the District of Columbia and has never been disbarred, suspended

from practice or subject to other disciplinary action by any court, bar, or other admitting or licensing authority.

4.     Movant, Ian B. Huyett of the nonprofit Cornerstone, is a member in good standing of the New Hampshire Bar and the United States District Court for the District of New Hampshire and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom all process, notices, and other papers shall be served, who shall sign all filings submitted to the court and whose attendance is required at all proceedings, unless excused by the court.

Movant requests this Court to enter an Order to permit Suzanne E. Beecher to appear before this Court on behalf of Proposed Intervenor-Defendant, for all purposes relating to the proceedings in the above-referenced case.

Respectfully submitted this 21st day of February, 2025.

*s/ Ian B. Huyett*
Ian B. Huyett
NH Bar No. 270964
CORNERSTONE
P.O. Box 4683
Manchester, NH 03108
(603) 228-4794
IHuyett@NHCornerstone.org

*Counsel for Proposed Intervenor-Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of February, 2025, I filed a true and accurate copy of this document and the attached exhibits with the Clerk of the Court using the CM/ECF system, which automatically sends an electronic notification to counsel of record listed below. Additionally, I will serve defendants Donald J. Trump, the U.S. Department of Justice, Pamela Bondi, the U.S. Department of Education, and Denise L. Carter, by sending a true and accurate copy of this document and the attached exhibits by certified mail to the Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue Northwest, Washington, DC 20530-0001.

Chris Erchull
Bennett H. Klein
Jennifer L. Levi
Michael Haley
GLBTQ Legal Advocates & Defenders
18 Tremont Street, Suite 950
Boston, MA 02108

Kevin J. DeJong
Louis L. Lobel
Elaine H. Blais
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210

Benedict See
Goodwin Procter LLP
620 Eighth Avenue
New York, NY 10018

Gilles Bissonnette
Henry Klementowicz
American Civil Liberties Union of New Hampshire Foundation
18 Low Avenue
Concord, NH 03301

Samira Seraji
Goodwin Procter LLP
601 S. Figueroa Street, Suite 4100
Los Angeles, CA 90017

Emmett Weiss
Goodwin Procter LLP
1900 N. St. NW
Washington, DC 20036

*Counsel for Plaintiffs*

Michael P. DeGrandis
NH Attorney General's Office
33 Capitol St.
Concord, NH 03301

Brandon Francis Chase
NH Department of Justice
1 Granite Pl. S.
Concord, NH 03301

*Counsel for Defendants Frank Edelblut, Andrew Cline, Kate Cassady, Ann Lane, Philip Nazzaro, Rajesh Nair, James Fricchione, and James Laboe*

Diane M. Gorrow
Soule Leslie Kidder Sayward & Loughman
220 Main St.
Salem, NH 03079

*Counsel for Defendants Pemi-Baker Regional School District, Lisa Ash, Bernice Sullivan, Sheila Donahue, Tony Torino, Carolyn Varin, Peter Jackson, Phil McCormack, Greg Aprilliano, Bonnie Acton, Barbara Noyes, Paul Ciotti, and Paul Pizzano*

Michael Gregory Eaton
Wadleigh Starr & Peters PLLC
95 Market St.
Manchester, NH 03101

*Counsel for Defendants Pembroke School District, Andrew Camidge, Gene Gauss, Kerri Dean, and Melanie Camelo*

*s/ Ian B. Huyett*
Counsel for Proposed Intervenor-Defendant