# EXHIBIT A

**SUZANNE ELIZABETH BEECHER**
**BAR AND COURT ADMISSIONS**

| **STATE BARS** | **DATE ADMITTED** |
|---|---|
| State Bar of California (No. 329586) | December 26, 2019 |

| **STATE COURTS** | **DATE ADMITTED** |
|---|---|
| Supreme Court of California | December 26, 2019 |

| **FEDERAL COURTS** | **DATE ADMITTED** |
|---|---|
| United States Court of Appeals for the 6th Circuit | December 7, 2023 |