## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

**Parker Tirrell**, et al.

      *Plaintiffs,*

v.

**Frank Edelblut**, et al.

      *Defendants,*

and

**Female Athletes United**,

      *Proposed Intervenor-Defendant.*

Civil Case No. 1:24-cv-00251-LM-TSM

### DECLARATION OF SUZANNE E. BEECHER IN SUPPORT OF MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE*

In support of my request to appear *pro hac vice* in this matter, I hereby certify as follows:

1. I am an attorney at the law firm of Alliance Defending Freedom, 440 First Street Northwest, Washington, District of Columbia 20001. My email address is sbeecher@adflegal.org and my phone number is (202) 393-8690.

2. I am a member of the bar and eligible to practice in the State of California (admitted in 2019). I am not currently suspended or disbarred in any jurisdiction.

3. I have never been denied admission to any court, have never been subject to disciplinary action before any court, and have no prior felony or misdemeanor criminal convictions.

1

4. I have not previously had a *pro hac vice* admission to any court revoked for misconduct.

I declare under the penalties of perjury that the foregoing statements made by me are true and accurate.

Executed this 21st day of February, 2025, at Washington, District of Columbia.

*s/ Suzanne E. Beecher*
Suzanne E. Beecher