UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Parker Tirrell, by her parents and next friends Sara Tirrell and Zachary Tirrell, *and* <br><br> Iris Turmelle, by her parents and next friends Amy Manzelli and Chad Turmelle, <br><br>     Plaintiffs, <br><br>     v. <br><br> Frank Edelblut, *in his official capacity as Commissioner of the New Hampshire Department of Education*; <br><br> Andrew Cline, Kate Cassady, Ann Lane, Philip Nazzaro, Rajesh Nair, James Fricchione, and James Laboe, *in their official capacities as members of the New Hampshire State Board of Education*; <br><br> Pemi-Baker Regional School District; <br><br> Pembroke School District; <br><br> Donald J. Trump, *in his official capacity as President of the United States*, 1600 Pennsylvania Ave. NW, Washington, DC 20220; <br><br> U.S. Department of Justice, 950 Pennsylvania Ave. NW, Washington, DC 20530; <br><br> Pamela Bondi, *in her official capacity as Attorney General of the United States*, 950 Pennsylvania Ave. NW, Washington, DC 20530; <br><br> U.S. Department of Education, 400 Maryland Ave. SW, Washington, DC 20202; and <br><br> Denise L. Carter, *in her official capacity as Acting Secretary of the United States Department of Education*, 400 Maryland Ave. SW, Washington, DC 20202. | Civil Action No. 1:24-cv-00251 |

1

## UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO MOTION TO INTERVENE

1. On Friday, February 21, 2025 Female Athletes United ("FAU") filed a motion to intervene in this case as defendants. Plaintiffs' objection is currently due March 7.

2. Plaintiffs require a modest extension to time, until March 28, 2025 to prepare a response to this motion, due to previously scheduled counsel's previously-scheduled personal leave and competing professional obligations.

3. Counsel for FAU indicates that they take no position on this motion. The State Defendants take no position on this motion.

4. The Pemi-Baker Defendants and the Pembroke Defendants assent.

5. The Federal Defendants have not yet appeared, so counsel has not sought their position on this motion.

6. No currently scheduled trial or hearing will be delayed by the granting of this motion.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs request that this Court grant the following relief:

A. Extend the time for Plaintiffs to respond to FAU's Motion to Intervene until March 28, 2025; and

B. Grant such other and further relief as the Court deems just and proper.

February 26, 2025

Respectfully submitted,

PARKER TIRRELL, by her parents and next friends SARA TIRRELL and ZACHARY TIRRELL,

and

IRIS TURMELLE, by her parents and next friends AMY MANZELLI and CHAD TURMELLE,

By and through their attorneys,

Kevin J. DeJong (NH Bar No. 17633)
kdejong@goodwinlaw.com

Louis L. Lobel* (MA Bar No. 693292)
llobel@goodwinlaw.com
Elaine H. Blais* (MA Bar No. 656142)
eblais@goodwinlaw.com
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210

Samira Seraji* (CA Bar No. 338979)
sseraji@goodwinlaw.com
GOODWIN PROCTER LLP
601 S. Figueroa Street
Suite 4100
Los Angeles, CA 90017

Ben See* (NY Bar No. 6019202)
bsee@goodwinlaw.com
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018

/s/ Henry Klementowicz
Chris Erchull (NH Bar No. 266733)
cerchull@glad.org
Bennett H. Klein* (MA Bar No. 550702)
bklein@glad.org
Jennifer L. Levi* (MA Bar No. 562298)
jlevi@glad.org
Michael Haley (NH Bar No. 270236)
mhaley@glad.org
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont Street, Suite 950
Boston, MA 02108
(617) 426-1350

Gilles Bissonnette (NH Bar No. 265393)
gilles@aclu-nh.org
Henry Klementowicz (NH Bar No. 21177)
henry@aclu-nh.org
AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE FOUNDATION
18 Low Avenue
Concord, NH 03301
(603) 224-5591

*Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

      I certify that on this date, I filed the foregoing though ECF which caused a copy to be served on all counsel who have appeared. I further certify that I sent a courtesy copy to the United States Attorney's Office.

                                        */s/ Henry Klementowicz*
                                        Henry Klementowicz