# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Parker Tirrell**, et al. *Plaintiffs*, v. **Frank Edelblut**, et al. *Defendants*, and **Female Athletes United**, *Proposed Intervenor-Defendant*. | Civil Case No. 1:24-cv-00251-LM-TSM |

**ADDENDUM TO MOTIONS FOR ADMISSION TO APPEAR *PRO HAC VICE***

Proposed Intervenor-Defendant Female Athletes United (FAU) submits this addendum to counsel's motions to appear pro hac vice (ECF Nos. 106–109). FAU certifies that it has made a good-faith attempt to obtain concurrence from the existing parties on these motions pursuant to Local Rule 7.1(c). Plaintiffs consent to these motions. State defendants indicated that they take no position on these motions. As for the federal defendants, FAU will contact them as soon as they enter appearances. It will then file an updated certification of concurrence (assuming the Court has not yet ruled on these motions).

Respectfully submitted this 26th day of February, 2025.

*s/ Ian B. Huyett*
Ian B. Huyett
NH Bar No. 270964
CORNERSTONE
P.O. Box 4683
Manchester, NH 03108
(603) 228-4794
IHuyett@NHCornerstone.org

*Counsel for Proposed Intervenor-Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of February, 2025, I filed a true and accurate copy of this document and the attached exhibits with the Clerk of the Court using the CM/ECF system, which automatically sends an electronic notification to counsel of record listed below. Additionally, I will serve defendants Donald J. Trump, the U.S. Department of Justice, Pamela Bondi, the U.S. Department of Education, and Denise L. Carter, by sending a true and accurate copy of this document and the attached exhibits by certified mail to the Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue Northwest, Washington, DC 20530-0001.

Chris Erchull
Bennett H. Klein
Jennifer L. Levi
Michael Haley
GLBTQ Legal Advocates & Defenders
18 Tremont Street, Suite 950
Boston, MA 02108

Kevin J. DeJong
Louis L. Lobel
Elaine H. Blais
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210

Benedict See
Goodwin Procter LLP
620 Eighth Avenue
New York, NY 10018

Gilles Bissonnette
Henry Klementowicz
American Civil Liberties Union of New Hampshire Foundation
18 Low Avenue
Concord, NH 03301

Samira Seraji
Goodwin Procter LLP
601 S. Figueroa Street, Suite 4100
Los Angeles, CA 90017

Emmett Weiss
Goodwin Procter LLP
1900 N. St. NW
Washington, DC 20036

*Counsel for Plaintiffs*

Michael P. DeGrandis
NH Attorney General's Office
33 Capitol St.
Concord, NH 03301

Brandon Francis Chase
NH Department of Justice
1 Granite Pl. S.
Concord, NH 03301

*Counsel for Defendants Frank Edelblut, Andrew Cline, Kate Cassady, Ann Lane, Philip Nazzaro, Rajesh Nair, James Fricchione, and James Laboe*

Diane M. Gorrow
Soule Leslie Kidder Sayward & Loughman
220 Main St.
Salem, NH 03079

*Counsel for Defendants Pemi-Baker Regional School District, Lisa Ash, Bernice Sullivan, Sheila Donahue, Tony Torino, Carolyn Varin, Peter Jackson, Phil McCormack, Greg Aprilliano, Bonnie Acton, Barbara Noyes, Paul Ciotti, and Paul Pizzano*

Michael Gregory Eaton
Wadleigh Starr & Peters PLLC
95 Market St.
Manchester, NH 03101

*Counsel for Defendants Pembroke School District, Andrew Camidge, Gene Gauss, Kerri Dean, and Melanie Camelo*

*s/ Ian B. Huyett*
Counsel for Proposed Intervenor-Defendant