Case 1:24-cv-00251-LM-TSM    Document 96    Filed 02/14/25    Page 2 of 10

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-00251

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Denise L Carter in official capacity
was received by me on *(date)* 2/18/2025

☐ I personally served the summons on the individual at *(place)* 53 Pleasant St 4th Flr Concord NH 03301 on *(date)* 2/18/25 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Allanah Kilgren , who is designated by law to accept service of process on behalf of *(name of organization)* US DPT of Education on *(date)* 2/18/25 at 3:15PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 200.00 for services, for a total of $ 200.00

I declare under penalty of perjury that this information is true.

Date: 2/26/25

*Server's signature*

Allanah Kilgren
White Female
Brown Hair
Glasses 30-35 y/o
6 ft 6 Tall
220 lbs

David E McGrath    Process server
*Printed name and title*

19 Main St #1356 Seabrook NH 03874
603 394 7310
*Server's address*

Additional information regarding attempted service, etc:
**Documents Served:**
1. Cover Letter addressed to Civil Process Clerk, United States Attorney's Office
2. Summons as to Denise L. Carter, in her official capacity as Secretary of Education
3. Summons as to Pamela Bondi, in her official capacity as Attorney General
4. Summons as to U.S. Department of Justice
5. Summons as to Donald J. Trump, in his official capacity as President of the United States
6. Summons as to U.S. Department of Education
7. ECF Notice
8. Second Amended Complaint
9. Exhibit 1 to Second Amended Complaint

[Print]    [Save As...]    [Reset]