**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| Parker Tirrell, et al., *Plaintiffs*, v. Frank Edelblut, et al., *Defendants*. | Case No. 1:24-cv-00251 |

**AFFIDAVIT OF SERVICE**

COMMONWEALTH OF MASSACHUSETTS  )
                                                                 ) ss:
COUNTY OF SUFFOLK                                  )

I, Juliana R. Cafarella, swear that the following statements are true:

1. I am over the age of eighteen and not a party to the above-captioned action.

2. Pursuant to Federal Rule of Civil Procedure 4(i)(1)(A)(i), on February 18, 2025, the following documents were hand-delivered by David E. McGrath to the attention of the Civil Process Clerk at the United States Attorney's Office for the District of New Hampshire located at 53 Pleasant Street, 4th Floor, Concord, NH 03301:

    i. Service Cover Letter directed to the attention of the Civil Process Clerk;

    ii. Summons directed to Denise L. Carter, in her official capacity as Secretary of Education;

    iii. Summons directed to Pamela Bondi, in her official capacity as Attorney General

    iv. Summons directed to U.S. Department of Justice;

      v. Summons directed to Donald J. Trump, in his official capacity as President of the United States;

      vi. Summons directed to U.S. Department of Education;

      vii. ECF Notice;

      viii. Second Amended Complaint;

      ix. Exhibit 1 to the Second Amended Complaint.

   b. *See* ECF No. 112 for the return of service form prepared by David E. McGrath evidencing service on the US Attorney's Office.

3. Pursuant to Federal Rule of Civil Procedure 4(i)(1)(B), on February 14, 2025, I caused copies of the following documents to be dispatched by Certified Mail to the United States Attorney General in Washington, D.C. (Certified Mail Article No. 9414 7266 9904 2239 6954 89):

      i. Summons directed to Pamela Bondi, in her official capacity as Attorney General;

      ii. ECF Notice;

      iii. Second Amended Complaint;

      iv. Exhibit 1 to the Second Amended Complaint.

   b. Attached as Exhibit A is the USPS tracking report evidencing delivery on February 20, 2025.

4. Pursuant to Federal Rule of Civil Procedure 4(i)(2), on February 14, 2025, I caused copies of the following documents to be dispatched by Certified Mail to Denise L. Carter (Certified Mail Article No. 9414 7266 9904 2239 6954 72):

      i. Summons directed to Denise L. Carter, in her official capacity as Secretary of Education;

      ii. ECF Notice;

      iii. Second Amended Complaint;

      iv. Exhibit 1 to the Second Amended Complaint.

    b. Attached as Exhibit B is the USPS tracking report evidencing delivery on February 19, 2025.

5. Pursuant to Federal Rule of Civil Procedure 4(i)(2), on February 14, 2025, I caused copies of the following documents to be dispatched by Certified Mail to Pamela Bondi (Certified Mail Article No. 9414 7266 9904 2239 6954 89):

      i. Summons directed to Pamela Bondi, in her official capacity as Attorney General;

      ii. ECF Notice;

      iii. Second Amended Complaint;

      iv. Exhibit 1 to Second Amended Complaint.

    b. Attached as Exhibit A is the USPS tracking report evidencing delivery on February 20, 2025.

6. Pursuant to Federal Rule of Civil Procedure 4(i)(2), on February 14, 2025, I caused copies of the following documents to be dispatched by Certified Mail to the U.S. Department of Justice (Certified Mail Article No. 9414 7266 9904 2239 6954 41):

      i. Summons directed to U.S. Department of Justice;

      ii. ECF Notice;

      iii. Second Amended Complaint;

       iv. Exhibit 1 to Second Amended Complaint.

   b. Attached as Exhibit C is the USPS tracking report evidencing delivery on February 20, 2025.

7. Pursuant to Federal Rule of Civil Procedure 4(i)(2), on February 14, 2025, I caused copies of the following documents to be dispatched by Certified Mail to Donald J. Trump (Certified Mail Article No. 9414 7266 9904 2239 6954 65):

       i. Summons directed to Donald J. Trump, in his official capacity as President of the United States;

       ii. ECF Notice;

       iii. Second Amended Complaint;

       iv. Exhibit 1 to Second Amended Complaint.

   b. Attached as Exhibit D is the USPS tracking report evidencing delivery on February 25, 2025.

8. Pursuant to Federal Rule of Civil Procedure 4(i)(2), on February 14, 2025, I caused copies of the following documents to be dispatched by Certified Mail to the U.S. Department of Education (Certified Mail Article No. 9414 7266 9904 2239 6954 58):

       i. Summons directed to U.S. Department of Education;

       ii. ECF Notice;

       iii. Second Amended Complaint;

       iv. Exhibit 1 to Second Amended Complaint.

   b. Attached as Exhibit E is the USPS tracking report evidencing delivery on February 19, 2025.

Signed under the pains and penalties of perjury.

                                                                      _Juliana R. Cafarella_
                                                                      Juliana R. Cafarella

On this 4th day of March, 2025, before me, the undersigned notary public, personally appeared Juliana R. Cafarella, proved to me through satisfactory evidence of identification, which was _driver's license_, to be the person who signed the preceding document in my presence, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of her knowledge or belief.

Notary Public Yuna Shin
My Commission Expires: 4/26/2030

