# EXHIBIT A

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9414726699042239695489

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 5:27 am on February 20, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
February 20, 2025, 5:27 am

### Redelivery Scheduled for Next Business Day
WASHINGTON, DC 20530
February 19, 2025, 2:01 pm

### Arrived at Post Office
WASHINGTON, DC 20018
February 19, 2025, 12:07 pm

### In Transit to Next Facility
February 18, 2025

### Arrived at USPS Regional Facility
BOSTON MA DISTRIBUTION CENTER
February 15, 2025, 12:46 am

Feedback

● Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

[ FAQs ]