# EXHIBIT C

# USPS Tracking®

FAQs ›

**Remove** ✕

**Tracking Number:**

## 94147266990042239695441

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 5:27 am on February 20, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
February 20, 2025, 5:27 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
February 19, 2025, 2:01 pm

**Arrived at Post Office**
WASHINGTON, DC 20018
February 19, 2025, 12:11 pm

**In Transit to Next Facility**
February 18, 2025

**Arrived at USPS Regional Facility**
BOSTON MA DISTRIBUTION CENTER
February 15, 2025, 12:46 am

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates**                                    ⌄

---

**USPS Tracking Plus®**                                      ⌄

---

**Product Information**                                      ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**