# EXHIBIT E

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9414726699042239695458

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:29 pm on February 19, 2025 in WASHINGTON, DC 20202.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20202
February 19, 2025, 12:29 pm

### Arrived at Post Office
WASHINGTON, DC 20018
February 19, 2025, 9:17 am

### In Transit to Next Facility
February 18, 2025

### Arrived at USPS Regional Facility
BOSTON MA DISTRIBUTION CENTER
February 15, 2025, 12:46 am

Hide Tracking History

Feedback

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)



| Text & Email Updates | ⌄ |
|---|---|
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌄ |

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs