USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| Parker Tirrell, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-00251-LM-TSM |
| Frank Edelblut, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intervenor-Defendant Female Athletes United.

Date:   03/07/2025

/s/ Jonathan A. Scruggs
*Attorney's signature*

Jonathan A. Scruggs, AZ Bar No. 030505
*Printed name and bar number*

Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
*Address*

jscruggs@ADFlegal.org
*E-mail address*

(480) 444-0020
*Telephone number*

(480) 444-0028
*FAX number*

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system. If a document that is filed electronically must be conventionally served on any attorney or party, the certificate of service shall also state the date the document was electronically filed with the court.

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was filed in the court's electronic filing system and served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:
All counsel of record as of March 7, 2025.

Conventionally Served:
I will serve defendants Donald J. Trump, the U.S. Department of Justice, Pamela Bondi, the U.S. Department of Education, and Denise L. Carter, by sending a true and accurate copy of this document by certified mail to the Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue Northwest, Washington DC 20530-0001

| 03/07/2025 | /s/ Jonathan A. Scruggs |
|---|---|
| Date | Signature |