# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

**Parker Tirrell**, by her parents and next friends Sara Tirrell and Zachary Tirrell, *and*

**Iris Turmelle**, by her parents and next friends, Amy Manzelli and Chad Turmelle,

*Plaintiffs*,

v.

**Frank Edelblut**, *in his official capacity as Commissioner of the New Hampshire Department of Education*;

**Andrew Cline, Kate Cassady, Ann Lane, Philip Nazzaro, Rajesh Nair, James Fricchione, and James Leboe**, *in their official capacities as members of the New Hampshire State Board of Education*;

**Pemi-Baker Regional School District**;

**Pembroke School District**;

**Donald J. Trump**, *in his official capacity as President of the United States*, 1600 Pennsylvania Avenue NW, Washington, DC 20220;

**U.S. Department of Justice**, 950 Pennsylvania Avenue NW, Washington, DC 20530;

**Pamela Bondi**, *in her official capacity as Attorney General of the United States*, 950 Pennsylvania Avenue NW, Washington, DC 20530;

Civil Case No. 1:24-cv-00251-LM-TSM

**U.S. Department of Education**,
400 Maryland Avenue SW,
Washington, DC 20202; and

**Denise L. Carter**, *in her official capacity as Acting Secretary of the United States Department of Education*, 400 Maryland Avenue SW,
Washington, DC 20202.

                                        *Defendants,*

and

**Female Athletes United**.

              Proposed Intervenor-Defendant.

## INTERVENOR-DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY

Under Local Rule 7.1(e)(2), Female Athletes United respectfully moves for leave to file a reply to the plaintiffs' opposition to its intervention motion.

1. FAU moved to intervene as a defendant on February 21st. The plaintiffs then sought an extension to respond, which the Court granted. They opposed FAU's intervention motion on March 27th.

2. FAU now moves for leave to file a reply to that opposition—for three reasons. First, the plaintiffs mischaracterize several cases about allowing affected athletes or students to intervene in situations like this one. Second, the plaintiffs mischaracterize FAU's position on its interests in this case. The Court should allow FAU to address those mischaracterizations. And third, put simply, whether the Court allows FAU to intervene here is a big deal. This case affects its members as much as it affects the plaintiffs because the Court will decide whether they have to compete against biological males who are, on average, inherently bigger, stronger, and faster than them. And FAU has members in New Hampshire and throughout the Nation directly affected by this case. Allowing FAU a reply in support of its motion to intervene will only help the Court decide that important issue.

3. The Court should grant the motion for leave to file a reply. As required by Local Rule 7.1(e)(2), that proposed reply is attached.

4. Finally, under Local Rule 7.1(c), FAU certifies that it has made a good-faith attempt to obtain concurrence from the existing parties on this motion. The plaintiffs assent to this motion. Commissioner Edelblut and the members of the State Board of Education take no position on this motion. Pemi-Baker Regional School District and Pembroke School District take no position. And the federal defendants take no position on this motion. Also, FAU notes, now that the federal defendants have entered an appearance, that it has made a good-faith attempt to obtain their concurrence on the intervention motion, but it has not received a response about that motion.

1

Respectfully submitted this 3rd day of April 2025.

_s/ Ian B. Huyett_
Ian B. Huyett
NH Bar No. 270964
**Cornerstone**
P.O. Box 4683
Manchester, NH 03108
Telephone: (603) 228-4794
IHuyett@NHCornerstone.org

Johannes Widmalm-Delphonse*
VA Bar No. 96040
**Alliance Defending Freedom**
44180 Riverside Parkway
Lansdowne, VA 20176
Telephone: (571) 707-4655
Facsimile: (571) 707-4790
jwidmalmdelphonse@ADFlegal.org

Jonathan A. Scruggs*
AZ Bar No. 030505
Henry W. Frampton, IV*
SC Bar No. 75314
**Alliance Defending Freedom**
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
Facsimile: (480) 444-0028
jscruggs@ADFlegal.org
hframpton@ADFlegal.org

Suzanne E. Beecher*
CA Bar No. 329586
**Alliance Defending Freedom**
440 First Street NW
Washington, D.C. 20001
Telephone: (202) 393-8690
Facsimile: (202) 347-3622
sbeecher@ADFlegal.org

_Counsel for Intervenor-Defendant_
_*Admitted pro hac vice_

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of April 2025, I filed a true and accurate copy of the foregoing documents with the Clerk of the Court using the CM/ECF system, which automatically sends an electronic notification to the following parties:

Chris Erchull
Bennett H. Klein
Jennifer L. Levi
Michael R. Haley
GLBTQ Legal Advocates &
Defenders
18 Tremont St, Ste 950
Boston, MA 02108
cerchull@glad.org
bklein@glad.org
jlevi@glad.org
mhaley@glad.org

Benedict See
Goodwin Procter LLP
620 8th Ave, Ste Fl. 26 Reception
New York, NY 10018
bsee@goodwinlaw.com

Elaine Blais
Louis Lobel
Kevin DeJong
Goodwin Procter LLP
100 Northern Ave
Boston, MA 02109
eblais@goodwinlaw.com
llobel@goodwinlaw.com
KDeJong@goodwinlaw.com

Emmett Weiss
Goodwin Procter LLP
1900 N St, NW
Washington, DC 20036
emmett.weiss1@gmail.com

Samira Seraji
Goodwin Procter LLP
601 S. Figueroa Street
Suite 4100
Los Angeles, CA 90017
sseraji@goodwinlaw.com

Gilles R. Bissonnette
Henry Klementowicz
American Civil Liberties Union of New
Hampshire
18 Low Ave
Concord, NH 03301
Gilles@aclu-nh.org
henry@aclu-nh.org

*Attorneys for Plaintiffs*

3

Michael P. DeGrandis
NH Attorney General's Office (Civil)
Civil Bureau
33 Capitol Street
Concord, NH 03301-6397
Michael.P.DeGrandis@doj.nh.gov

Brandon Francis Chase
NH Department of Justice
1 Granite Place S
Concord, NH 03301
brandon.f.chase@doj.nh.gov

*Attorney for Defendants Frank Edelblut, Andrew Cline, Kate Cassady, Ann Lane, Philip Nazzaro, Rajesh Nair, James Fricchione, and James Laboe*

Robert J. Rabuck
US Attorney's Office (NH)
James C. Cleveland Federal Building
53 Pleasant Street, 4th Floor
Concord, NH 03301
Rob.Rabuck@usdoj.gov

*Attorneys for Defendants Donald Trump, Pamela Bondi, Denise L. Carter, U.S. Department of Justice, and the U.S. Department of Education*

Diane M. Gorrow
Soule Leslie Kidder Sayward & Loughman
220 Main Street
Salem, NH 03079
gorrow@soulefirm.com

*Attorneys for Defendants Pemi-Baker Regional School District, Lisa Ash, Bernice Sullivan, Sheila Donahue, Tony Torino, Carolyn Varin, Peter Jackson, Phil McCormack, Greg Aprilliano, Bonnie Acton, Barbara Noyes, Paul Ciotti, Sam Brickley, and Paul Pizzano*

Michael Gregory Eaton
Wadleigh Starr & Peters PLLC
95 Market Street
Manchester, NH 03101
meaton@wadleighlaw.com

*Attorneys for Defendants Pembroke School District, Andrew Camidge, Gene Gauss, Kerri Dean, and Melanie Camelo*

s/ Ian B. Huyett
*Counsel for Intervenor-Defendant*

4