USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| Tirrell | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24cv251 -LM-TSM |
| Edelblut | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Donald Trump; Pamela Bondi; Denise L Carter; U.S. Department of Justice; U.S. Department of Education.

Date:    05/01/2025

/s/ Matthew J. Donnelly
*Attorney's signature*

Matthew J. Donnelly
*Printed name and bar number*

United States Department of Justice; 950 Pennsylvania Avenue, N.W.; Washington, DC 20530
*Address*

matthew.donnelly@usdoj.gov
*E-mail address*

(202) 616-2788
*Telephone number*

*FAX number*