## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW HAMPSHIRE

PARKER TIRRELL and IRIS TURMELLE,

    *Plaintiffs*,

    v.

FRANK EDELBLUT, in his official capacity as
Commission of the New Hampshire Department
of Education, *et al.*,

    *Defendants*.

Case No. 1:24-cv-00251-LM-TSM

## DEFENDANTS FRANK EDELBLUT, ANDREW CLINE, KATE CASSADY, ANN LANE, PHILIP NAZZARO, RAJESH NAIR, JAMES FRICCHIONE, AND JAMES LABOE'S PARTIAL MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

NOW COME Defendants Frank Edelblut, Andrew Cline, Kate Cassady, Ann Lane,

Philip Nazzaro, Rajesh Nair, James Fricchione, and James Laboe (collectively, the "State

Defendants"), by and through counsel, the Office of the Attorney General, and move to dismiss

Commissioner Edelblut as a defendant in this case and partially dismiss the Second Amended

Complaint (ECF No. 95), pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil

Procedure.

WHEREFORE, for the reasons stated in State Defendants' attached Memorandum of

Law in Support of Their Partial Motion to Dismiss the Second Amended Complaint, which is

incorporated herein by reference, State Defendants respectfully request that this Honorable

Court:

    A.    Dismiss Commissioner Edelblut as a party to this action;

    B.    Dismiss the First Amended Complaint's facial claims; and

    C.    Grant such further relief as is just and equitable.

Respectfully submitted,

DEFENDANTS FRANK EDELBLUT,
ANDREW CLINE, KATE CASSADY, ANN
LANE, PHILIP NAZZARO, RAJESH NAIR,
JAMES FRICCHIONE, and JAMES LABOE

By their attorneys,

JOHN M. FORMELLA
ATTORNEY GENERAL

Date:  June 6, 2025

/s/ Michael P. DeGrandis
Michael P. DeGrandis, N.H. Bar  No. 277332
Assistant Attorney General
Brandon F. Chase, N.H. Bar No. 270844
Senior Assistant Attorney General
New Hampshire Department of Justice
1 Granite Place South
Concord, NH 03301
(603) 271-3650
michael.p.degrandis@doj.nh.gov
brandon.f.chase@doj.nh.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all parties of record through the Court's e-filing system.

/s/ Michael P. DeGrandis
Michael P. DeGrandis