UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| PARKER TIRRELL and IRIS TURMELLE, <br><br> *Plaintiffs*, <br><br> v. <br><br> FRANK EDELBLUT, et al. <br><br> *Defendants*. | Civil Action No. 1:24-cv-00251 |

## NOTICE OF ATTORNEY WITHDRAWAL

Pursuant to Local Rule 83.6(d), please withdraw the appearance of Samira Seraji as counsel for Parker Tirrell and Iris Turmelle ("Plaintiffs") in the above-captioned matter. Mr. Seraji is no longer employed with Goodwin Procter LLP.

Plaintiffs will continue to be represented by Kevin DeJong, Elaine Blais, Louis Lobel, and Benedict See of Goodwin Procter LLP; Chris Erchull, Bennett H. Klein, Jennifer L. Levi, and Michael R. Haley from GLBTQ Legal Advocates & Defenders (GLAD); and Gilles R. Bissonnette and Henry Klementowicz from American Civil Liberties Union of New Hampshire.

Plaintiffs request that Mr. Seraji be removed from the docket as counsel of record in this action.

| | |
|---|---|
| Date: June 26, 2025 | /s/ *Kevin J. DeJong* <br> Kevin J. DeJong (NH Bar No. 17633) <br> GOODWIN PROCTER LLP <br> 100 Northern Avenue <br> Boston, MA 02210 <br> kdejong@goodwinlaw.com <br> Tel: (617) 570 1156 |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 26, 2025.

/s/ *Kevin J. DeJong*
Kevin DeJong