UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| Parker Tirrell, by her parents and next friends Sara Tirrell and Zachary Tirrell, and <br><br>Iris Turmelle, by her parents and next friends Amy Manzelli and Chad Turmelle, <br><br>Plaintiffs, <br><br>v. <br><br>Frank Edelblut, in his official capacity as Commissioner of the New Hampshire Department Of Education, *et al.*, <br><br>Defendants. | Civil No. 1:24-cv-00251-LM-TSM |

## FEDERAL DEFENDANTS' MOTION FOR CLARIFICATION

Federal Defendants respectfully submit this motion for clarification regarding the Court's July 24, 2025, endorsed order on Plaintiffs' motion to extend time to file their opposition to Defendants' motion to dismiss ("Motion to Extend"), ECF No. 134. As Plaintiffs noted in footnote 1 of the Motion to Extend, the United States did not oppose Plaintiffs' requested extension so long as the United States was likewise afforded 21 days from the date of Plaintiffs' filing their opposition to file its reply.

Federal Defendants respectfully seek clarification of the Court's July 24, 2024, endorsed order to confirm that the endorsed order and the Court's scheduling order permits the United States to file its reply within 21 days of the filing of Plaintiffs' opposition, consistent with the understanding reflected in footnote 1 of Plaintiffs' motion. Undersigned counsel has confirmed with Plaintiffs' counsel that they do not oppose this request for clarification.

Accordingly, Federal Defendants respectfully seek clarification from the Court that the United States may file its reply 21 days after the date Plaintiffs file their opposition.

Dated: July 25, 2025  
Washington, D.C.

Respectfully submitted,

/s/ *Richard Lawson*  
RICHARD LAWSON  
Florida Bar No. 165085  
Deputy Associate Attorney General  
United States Department of Justice  
950 Pennsylvania Avenue, NW  
Washington, DC 20530

*Counsel for Federal Defendants*