# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| PARKER TIRRELL and IRIS TURMELLE, *Plaintiffs*, v. FRANK EDELBLUT, in his official capacity as Commission of the New Hampshire Department of Education, *et al.*, *Defendants*. | Case No. 1:24-cv-00251-LM-TSM |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Deputy Associate Attorney General Richard P. Lawson provides notice of withdrawal as counsel in this matter for the Federal Defendants, namely Donald Trump; Pamela Bondi; Denise L Carter; United States Department of Justice; and United States. Department of Education. Federal Defendants will continue to be represented by Matthew Donnelly and other counsel of record.

Dated: October 22, 2025
Washington, D.C.

Respectfully submitted,

/s/ *Richard Lawson*
RICHARD LAWSON
Deputy Associate Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 445-8042

*Counsel for Defendants-Appellants*