## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

PARKER TIRRELL and IRIS TURMELLE,

    *Plaintiffs,*

    v.

FRANK EDELBLUT, in his official capacity
as Commission of the New Hampshire
Department of Education, et al.,

    *Defendants.*

Civil Action No. 1:24-cv-00251

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and in light of the fact that no binding

judgment has been entered in this matter consistent with Federal Rule of Civil Procedure 58,

Plaintiffs Parker Tirrell, by and through her parents and next friends Sara Tirrell and Zach

Tirrell; and Iris Turmelle, by and through her parents and next friends Amy Manzelli and Chad

Turmelle; Defendants Caitlin Davis, in her official capacity as Commissioner of the New

Hampshire Department of Education; Andrew Cline, Kate Cassady, Ann Lane, Philip Nazzaro,

Rajesh Nair, James Fricchione and James Laboe in their official capacities as members of the

New Hampshire State Board of Education; Pemi-Baker Regional School District; Lisa Ash,

Bernice Sullivan, Sheila Donahue, Tony Torino, Carolyn Varin, Peter Jackson, Phil McCormack,

Greg Aprilliano, Bonni Acton, Barbara Noyes, Paul Ciotti, Sam Brickley, and Paul Pizzano in

their official capacities as members of the Pemi-Baker Regional School Board; Pembroke School

District; Andrew Camidge, Gene Causs, Kerri Dean, and Melanie Camelo, in their official

capacities as members of the Pembroke School Board; Donald Trump; Todd Blanche; Linda

McMahon; United States Department of Justice; and United States Department of Education; and

1

Intervenor Defendant Female Athletes United, hereby stipulate to the dismissal of this action

with prejudice and without attorneys' fees or costs to either party.

Date: July 8, 2026

Respectfully submitted,

/s/ Chris Erchull

Kevin J. DeJong (NH Bar No. 17633)
kdejong@goodwinlaw.com
Louis L. Lobel* (MA Bar No. 693292)
llobel@goodwinlaw.com
Elaine H. Blais* (MA Bar No. 656142)
eblais@goodwinlaw.com
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210

Chris Erchull (NH Bar No. 266733)
cerchull@gladlaw.org
Bennett H. Klein* (MA Bar No. 550702)
bklein@gladlaw.org
Michael Haley (NH Bar No. 270236)
mhaley@gladlaw.org
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont Street, Suite 950
Boston, MA 02108
(617) 426-1350

Samira Seraji* (CA Bar No. 338979)
sseraji@goodwinlaw.com
GOODWIN PROCTER LLP
601 S. Figueroa Street
Suite 4100
Los Angeles, CA 90017

Gilles Bissonnette (NH Bar No. 265393)
gilles@aclu-nh.org
Henry Klementowicz (NH Bar No. 21177)
henry@aclu-nh.org
AMERICAN CIVIL LIBERTIES UNION OF
NEW HAMPSHIRE FOUNDATION
18 Low Avenue
Concord, NH 03301
(603) 224-5591

Ben See* (NY Bar No. 6019202)
bsee@goodwinlaw.com
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018

*Admitted *pro hac vice*.

*Counsel for Plaintiffs*

/s/ Michael P. DeGrandis

Michael P. DeGrandis
NH Attorney General's Office
Civil Bureau
One Grantie Place South
Concord, NH 03301
michael.p.degrandis@doj.nh.gov
(703) 731-5650

*Counsel for State Government Defendants*

*/s/ Diane M. Gorrow*
Diane M. Gorrow
Soule Leslie Kidder Sayward & Loughman
220 Main St
Salem, NH 03079
gorrow@soulefirm.com
(603) 898-9776

*Counsel for Pemi-Baker School District and School Board Defendants*

*/s/ Michael Gregory Eaton*
Michael Gregory Eaton
Wadleigh Starr & Peters PLLC
95 Market St
Manchester, NH 03101
meaton@wadleighlaw.com
(603) 359-2629

*Counsel for Pembroke School District and School Board Defendants*

*/s/ Matthew Donnelly*
Matthew Donnelly
Attorney
Illinois Bar No. 6281308
950 Pennsylvania Avenue NW
Washington, DC 20530
matthew.donnelly@usdoj.gov
(202) 616-2788

*Counsel for Federal Government Defendants*

Ian Burton Huyett | */s/ Henry Frampton*
Cornerstone | Henry Frampton
P.O. Box 4683 | Alliance Defending Freedom
Manchester, NH 03108 | 15100 N 90th St
ihuyett@nhcornerstone.org | Scottsdale, AZ 85260
(603) 228-4794 | hframpton@adflegal.org
 | (480) 444-0020

Johannes Widmalm-Delphonse

3

Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176
jwidmalmdelphonse@adflegal.org
(571) 707-4655

Jonathan Scruggs
Alliance Defending Freedom
15100 N 90th St
Scottsdale, AZ 85260
jscruggs@adflegal.org
(480) 444-0020

Suzanne Beecher
440 First St Nw Suite 600
Washington, DC 20001
sbeecher@adflegal.org
630-806-9028

*Counsel for Intervenor Defendants*